| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>JACQUELINE M. JAUREGUI  Bar No. 095289<br>jacqueline.jauregui@sdma.com<br>MARINA L. WHELAN  Bar No. 251087<br>marina.whelan@sdma.com<br>801 South Figueroa Street, 19th Floor<br>Los Angeles, California 90017-5556<br>Telephone: (213) 426-6900<br>Facsimile: (213) 426-6921 |
| 6<br>7 | Attorneys for Defendant<br>PRICELINE.COM, INC. |

FILED 08 MAY 23 AM 11:26
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 2608 JCS

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; VANGUARD CAR RENTAL USA, INC., a foreign corporation; and DOES 1 through 50<br><br>Defendant. | CASE NO. _____<br><br>Superior Court Case No. 08383503<br><br>**DECLARATION OF WILLIAM JOSE IN SUPPORT OF DEFENDANT PRICELINE.COM, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446 AND 1453; DEMAND FOR JURY TRIAL** |

I, William Jose, hereby declare as follows:

1. I am the Vice President, Rental Cars, for Priceline.com, Incorporated ("Priceline").

2. I have personal knowledge of the matters stated in this Declaration and, if called as a witness, could and would testify competently to them.

3. I am familiar with the information maintained by Priceline related to bookings for rental cars made by customers in the state of California.

4.   Priceline's Name Your Own Price ® system facilitates consumers in placing bids to rent cars from rental car companies, including Alamo, Avis, Budget, Hertz, and National. A consumer enters the dates for which he or she wishes to rent a car, the location of pick up and drop off, and the price that he or she is willing to pay per day. The consumer does not learn which of the five participating rental car companies will provide the rental car until after the consumer's bid is accepted through Priceline's Name Your Own Price ® system. In exchange for their willingness to use this "opaque" system in which they cannot select their rental car company, and which is non-refundable, consumers can save up to 30% from published prices.

5.   During the time period January 1, 2004 to April 30, 2008, Priceline received approximately $85,000,000 in total revenue from consumers with California billing addresses who booked a rental car through Priceline's Name Your Own Price" ® service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 22, 2008.

_____
William Jose

LA/768993v1

-2-
DECLARATION IN SUPPORT OF REMOVAL OF ACTION