| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | JACQUELINE M. JAUREGUI  Bar No. 095289<br>jacqueline.jauregui@sdma.com |
| 3 | MARINA WHELAN  Bar No. 251087<br>marina.whelan@sdma.com |
| 4 | 801 South Figueroa Street, 19th Floor<br>Los Angeles, California 90017-5556 |
| 5 | Telephone: (213) 426-6900<br>Facsimile: (213) 426-6921 |
| 6 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | matthew.fischer@sdma.com<br>MATTHEW A. FISCHER  (No. 191451) |
| 8 | One Market Plaza<br>Steuart Tower, 8th Floor |
| 9 | San Francisco, CA  94105<br>Telephone: (415) 781-7900 |
| 10 | Facsimile: (415) 781-2635 |
| 11 | Attorneys for Defendant<br>PRICELINE.COM, INC. |

E-filing

FILED 08 MAY 23 AM 11:27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 2608 JCS

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; VANGUARD CAR RENTAL USA, INC., a foreign corporation; and DOES 1 through 50,<br><br>Defendant. | CASE NO. _____<br><br>Superior Court Case No.: 08383503<br><br>CLASS ACTION<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)**<br><br>Superior Court Complaint Filed:<br>April 23, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, Priceline.com, Inc. ("Priceline") hereby states the

1 following:

2     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,
3 other than the named parties, there is no such interest to report.

4 DATED: May 23, 2008      SEDGWICK, DETERT, MORAN & ARNOLD LLP

5
6
7 By: /s/ _____
8 Jacqueline M. Jauregui
    Matthew A. Fischer
9     Marina Whelan
10     Attorneys for Defendant
    PRICELINE.COM, INC.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA/768931v1

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)