**ORIGINAL**

FILED
08 MAY 23 AM 11:27
MICHAEL [...]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JACQUELINE M. JAUREGUI  Bar No. 095289
2  jacqueline.jauregui@sdma.com
   MARINA L. WHELAN  Bar No. 251087
3  marina.whelan@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
5  Facsimile: (213) 426-6921

6  Attorneys for Defendant
   PRICELINE.COM, INC.         E-filing
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA      JCS

10                     CV 08    2608

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; VANGUARD CAR RENTAL USA, INC., a foreign corporation; and DOES 1 through 50<br><br>Defendant. | CASE NO. _____<br><br>Superior Court Case No. 08383503<br><br>**CERTIFICATE OF SERVICE** |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1512267v1

-1-
CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105. On May 23, 2008 I served the within document(s):

**DEFENDANT PRICELINE.COM, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446 AND 1453; DEMAND FOR JURY TRIAL**

**DECLARATION OF WILLIAM JOSE IN SUPPORT OF DEFENDANT PRICELINE.COM, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446 AND 1453; DEMAND FOR JURY TRIAL**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)**

**CIVIL CASE COVER SHEET**

| | | |
|---|---|---|
| X | | U.S. MAIL - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for United States first-class mail delivery to the person(s) at the address(es) set forth below. |
| ☐ | | FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m. |
| ☐ | | PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | | OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below. |

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed this 23rd day of May, 2008 at San Francisco, California.

*Nanette Johnson*

SF/1512180v1

## SERVICE LIST

| | |
|---|---|
| Adam J. Gutride, Esq.<br>Seth A. Safier, Esq.<br>Gutride Safier LLP<br>835 Douglass Street<br>San Francisco, CA 94114 | Counsel for Plaintiff, Glen Hauer<br><br>Tele: (415)336-6545<br>Fax:  (415)449-6469 |
| Jiyun Cameron Lee, Esq.<br>Folger Levin & Kahn LLP<br>275 Battery Street<br>23rd Floor<br>San Francisco, CA 94111 | Counsel for Alamo Rent-a-Car, LLC<br><br>Tele: (415)986-2800<br>Fax:  (415)986-2827 |

SF/1512180v1