FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Alamo Rent-A-Car LLC
and Vanguard Car Rental USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated, | Case No. CV 08 2608 (JCS) |
| Plaintiff, | **JOINDER BY ALAMO RENT-A-CAR LLC AND VANGUARD CAR RENTALS USA, INC. IN NOTICE OF REMOVAL OF ACTION** |
| v. | |
| PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; and VANGUARD CAR RENTAL USA, INC., a foreign corporation, | |
| Defendants. | |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

1    Defendants Alamo Rent-A-Car LLC and Vanguard Car Rentals USA, Inc. hereby join in

2    Priceline.com, Inc.'s Notice of Removal to this Court of the state court action described in said

3    Notice of Removal.

4    Dated: May 28, 2008                                      FOLGER LEVIN & KAHN LLP

5

6                                                                         /s/
                                                                  Jiyun Cameron Lee
7                                                                Attorneys for Defendants
                                                                  Alamo Rent-A-Car LLC
8                                                        and Vanguard Car Rental USA, Inc.

9

10   92915\2005\603351.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
   KAHN LLP
ATTORNEYS AT LAW

JOINDER BY ALAMO RENT-A-CAR LLC AND
VANGUARD CAR RENTALS USA, INC. IN NOTICE
OF REMOVAL OF ACTION; CASE NO. CV 08 2608
(JCS)