FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Alamo Rent-A-Car LLC
and Vanguard Car Rentals USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; and VANGUARD CAR RENTALS USA, INC., a foreign corporation,<br><br>Defendants. | Case No. CV 08 2608 (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff Glen Hauer and defendants Alamo Rent-A-Car LLC, Vanguard Car Rentals USA, Inc., and Priceline.com, Inc. ("Defendants") hereby stipulate, by and through their respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended until June 9, 2008.

This is the first extension of time granted to Defendants by Plaintiff. Defendants were first served in this action on April 24, 2008.

Pursuant to General Order No. 45, Jiyun Cameron Lee, the filer of this document, attests

that concurrence in the filing of the document has been obtained from Adam J. Gutride, attorney for Plaintiff Glen Hauer, and Jacqueline M. Jauregui, attorney for Defendant Priceline.com, Inc.

Dated: May __, 2008                            FOLGER LEVIN & KAHN LLP

/s/
Jiyun Cameron Lee
Attorneys for Defendants
Alamo Rent-A-Car LLC
and Vanguard Car Rentals USA, Inc.

Dated: May __, 2008                            GUTRIDE SAFIER LLP

/s/
Adam J. Gutride
Attorneys for Plaintiff
Glen Hauer

Dated: May __, 2008                            SEDGWICK, DETERT, MORAN & ARNOLD LLP

/s/
Jacqueline M. Jauregui
Attorneys for Defendant
Priceline.com, Inc.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May __, 2008

The Honorable Joseph C. Spero
United States Magistrate Judge

92915\2005\603182.1