1  FOLGER LEVIN & KAHN LLP
   Gregory D. Call (CSB No. 120483, gcall@flk.com)
2  Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
   Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Attorneys for Defendants Alamo Rent-A-Car LLC
   and Vanguard Car Rentals USA, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  GLEN HAUER, an individual, on behalf of      Case No. CV 08 2608 (JCS)
    himself, the general public and those
13  similarly situated,                          STIPULATION AND [PROPOSED]
                                                 ORDER EXTENDING TIME FOR
14                    Plaintiff,                 DEFENDANTS TO FILE RESPONSIVE
                                                 PLEADING TO COMPLAINT
15          v.

16  PRICELINE.COM INCORPORATED, a
    foreign corporation; ALAMO RENT-A-
17  CAR LLC, a foreign limited liability
    company; and VANGUARD CAR
18  RENTALS USA, INC., a foreign
    corporation,
19
                      Defendants.
20

21

22          Plaintiff Glen Hauer and defendants Alamo Rent-A-Car LLC, Vanguard Car Rentals

23  USA, Inc., and Priceline.com, Inc. ("Defendants") hereby stipulate, by and through their

24  respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiff's

25  Complaint shall be extended until June 9, 2008.

26          This is the first extension of time granted to Defendants by Plaintiff.  Defendants were

27  first served in this action on April 24, 2008.

28          Pursuant to General Order No. 45, Jiyun Cameron Lee, the filer of this document, attests

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE RESPONSIVE
PLEADINGS; CASE NO. CV 08 2608

1  that concurrence in the filing of the document has been obtained from Adam J. Gutride, attorney

2  for Plaintiff Glen Hauer, and Jacqueline M. Jauregui, attorney for Defendant Priceline.com, Inc.

3

4  Dated: May __, 2008                                FOLGER LEVIN & KAHN LLP

5

6                                                        _____/s/_____
                                                        Jiyun Cameron Lee
7                                                       Attorneys for Defendants
                                                        Alamo Rent-A-Car LLC
8                                                  and Vanguard Car Rentals USA, Inc.

9

10  Dated: May __, 2008                                GUTRIDE SAFIER LLP

11

12                                                       _____/s/_____
                                                        Adam J. Gutride
13                                                     Attorneys for Plaintiff
                                                         Glen Hauer

14

15  Dated: May __, 2008                      SEDGWICK, DETERT, MORAN & ARNOLD LLP

16

17                                                       _____/s/_____
                                                       Jacqueline M. Jauregui
18                                                     Attorneys for Defendant
                                                         Priceline.com, Inc.

19

20

21

22

23                                              **ORDER**

24          Pursuant to stipulation, IT IS SO ORDERED.

25  Dated: May 30, 2008

26                                                    _____
                                                      The Honorable
27                                                    United States

28  92915\2005\603182.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

IT IS SO ORDERED

Judge Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE RESPONSIVE
PLEADINGS; CASE NO. CV 08 2608