FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Alamo Rent-A-Car LLC
and Vanguard Car Rental USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; and VANGUARD CAR RENTAL USA, INC., a foreign corporation,<br><br>  Defendants. | Case No. CV 08 2608 (JCS)<br><br>**NOTICE OF CHANGE IN COUNSEL FOR ELECTRONIC SERVICE LIST** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

Please take notice that the service list for the law firm of Folger Levin & Kahn LLP, counsel for Defendants ALAMO RENT-A-CAR LLC and VANGUARD CAR RENTAL USA, INC. should be revised to read:

| | |
|---|---|
| **Jiyun Cameron Lee**<br>**Trina D. McAlister**<br>**Folger Levin & Kahn LLP**<br>**275 Battery St., 23rd. Floor**<br>**San Francisco, California 94111** | **Electronic Service**<br><br>jlee@flk.com<br>tmcalister@flk.com |

Please remove the following recipients of electronic service in this matter:

ckwong@flk.com

lbourgault@flk.com

treichmuth@flk.com

Dated: June 2, 2008                                FOLGER LEVIN & KAHN LLP


                                                             /s/
                                                      Trina D. McAlister
                                                    Attorneys for Defendants
                                                    Alamo Rent-A-Car LLC
                                              and Vanguard Car Rental USA, Inc.

92915\2005\604003.1

-1-

NOTICE OF CHANGE IN COUNSEL FOR ELECTRONIC SERVICE LIST; CASE NO. CV 08 2608 (JCS)