1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JACQUELINE M. JAUREGUI  Bar No. 095289
2  jacqueline.jauregui@sdma.com
   MARINA L. WHELAN  Bar No. 251087
3  marina.whelan@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
5  Facsimile: (213) 426-6921

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MATTHEW A. FISCHER  Bar No. 191451
7  matthew.fischer@sdma.com
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, CA  94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

10

   Attorneys for Defendant
11 PRICELINE.COM, INC.

12

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16 GLEN HAUER, an individual, on            CASE NO.  CV 08 2608 JCS
   behalf of himself, the general public,
   and those similarly situated,            [The Hon. Mag. Judge Joseph C. Spero]
17
                      Plaintiff,
18
          v.                                 DEFENDANT PRICELINE.COM,
19                                            INC.'S DECLINATION TO PROCEED
   PRICELINE.COM                             BEFORE A MAGISTRATE JUDGE
20 INCORPORATED, a foreign                   AND REQUEST REASSIGNMENT
   corporation; ALAMO RENT-A-                TO A UNITED STATES DISTRICT
21 CAR LLC, a foreign limited liability      JUDGE
   company; VANGUARD CAR
22 RENTAL USA, INC., a foreign
   corporation; and DOES 1 through 50
23
24                    Defendants.

25

26       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT

27 JUDGE.

28       The undersigned party hereby declines to consent to the assignment of this

                                       1                      CV 08 2608 JCS

1    case to a United States Magistrate Judge for trial and disposition and hereby

2    requests the reassignment of this case to a United States District Judge.

3    DATED: June 6, 2008      SEDGWICK, DETERT, MORAN & ARNOLD LLP

4

5                 By: /s/ Jacqueline M. Jauregui

6                    Jacqueline M. Jauregui
                     Matthew A. Fischer

7                    Marina L. Whelan
                     Attorneys for Defendant

8                    PRICELINE.COM, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV 08 2608 JCS

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE