FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Alamo Rent-A-Car LLC
and Vanguard Car Rental USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; and VANGUARD CAR RENTAL USA, INC., a foreign corporation,<br><br>            Defendants. | Case No. CV 08 2608 (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Plaintiff Glen Hauer and Defendants Priceline.com Incorporated, Alamo Rent-A-Car LLC and Vanguard Car Rental USA, Inc. (collectively, "the Defendants")  hereby stipulate, by and through their respective counsel, as follows:

1. The parties are currently exploring a potential early resolution of this dispute. While the parties do not yet know whether such a resolution will be possible, they stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended until July 9, 2008.

1    2.    This is the second extension of time granted to Defendants by Plaintiff.
Defendants were first served in this action on April 24, 2008.

3.    The parties do not anticipate that this extension will impact any of the case management deadlines in this matter.  The Initial Case Management Conference in this matter is currently scheduled for August 29, 2008.

4.    Pursuant to General Order No. 45, Jiyun Cameron Lee, the filer of this document, attests that concurrence in the filing of the document has been obtained from Adam J. Gutride, attorney for Plaintiff Glen Hauer, and Jacqueline M. Jauregui, attorney for Priceline.com, Inc.

Dated: June __, 2008                              FOLGER LEVIN & KAHN LLP

                                                                        /s/
                                                              Jiyun Cameron Lee
                                                              Attorneys for Defendants
                                                              Alamo Rent-A-Car LLC
                                                              and Vanguard Car Rental USA, Inc.

Dated: June __, 2008                              GUTRIDE SAFIER LLP

                                                                        /s/
                                                              Adam J. Gutride
                                                              Attorneys for Plaintiff
                                                              Glen Hauer

Dated: June __, 2008                              SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                                                        /s/
                                                              Jacqueline M. Jauregui
                                                              Attorneys for Defendant
                                                              Priceline.com, Inc.

1 **ORDER**

2 Pursuant to stipulation, IT IS SO ORDERED.

3 Dated: June __, 2008

4 _____
The Honorable Joseph C. Spero
5 United States Magistrate Judge

6 92915\2005\604400.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE RESPONSIVE
PLEADINGS; CASE NO. CV 08 2608