**United States District Court**
For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

GLEN HAUER,                                    No. C-08-02608 JCS

7

       Plaintiff(s),                        NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED

8

  v.                                                 STATES DISTRICT COURT JUDGE

9

PRICELINE.COM,

10

       Defendant(s).
_____/

11

12          The Clerk of this Court will now randomly reassign this case to a United States District

13   Judge because either:

14          [X]  One or more of the parties has requested reassignment to a United States District Judge

15   or has not consented to the jurisdiction of a United States Magistrate Judge, or

16          [] One or more of the parties has sought a type of judicial action (e.g., a temporary

17   restraining order) that a United States Magistrate Judge may not take without the consent of all

18   parties, the necessary consents have not been secured, and time is of the essence.

19          ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20   SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

21   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

22

23   Dated:  June 9, 2008

24                                              Richard W. Wieking, Clerk
                                               United States District Court

25                                              *Karen L. Hom*
                                               _____
26                                              By: Karen L. Hom
                                               Deputy Clerk
27   cc: Intake

28