1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   835 Douglass Street
3  San Francisco, California 94114
4  Telephone: (415) 336-6545
   Facsimile:  (415) 449-6469
5
   Attorneys for Plaintiff
6

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNA
9

| | |
|---|---|
| 10  GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated | CASE NO.  CV-08-2608-JSW |
| 11 | |
| 12       Plaintiff, | **DECLARATION OF GLEN HAUER IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT** |
| 13            v. | |
| 14  PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; VANGUARD CAR RENTAL USA, INC., a foreign corporation; AND DOES 1 THROUGH 50 | |
| 15 | Date: August 8, 2008 |
| 16 | Time: 9:00 am |
|    | Dept:  Courtroom 2, 17th Floor |
| 17       Defendants | Judge:  Hon. Jeffrey S. White |

18       I, Glen Hauer, declare:

19       I make this declration of my own personal knowledge.  If called as a witness, I could and

20  would competently testify to these facts.

21       On or about November 15, 2007, I made a prepaid reservation through Priceline.com for a

22  rental car from Alamo Rent-A-Car at the Albuquerque International Airport.  When I arrived at

23  the Alamo ticket counter on November 22, 2007, the agent told me that the reservation was not

24  prepaid and that it was for different dates and a different sized car.  She also told me that in her

25  experience, as many as 40% of Priceline customers with whom she dealt experienced problems

26  with their reservation information not being properly transmitted to Alamo.  She did not indicate

27  that she had experience with any locations other than Albuquerque, or with any of Priceline's

28  rental car partners other than Alamo.  Her statement was the sole basis for the allegation in my

1  initial complaint that "up to 40%" of Priceline customers suffered a similar fate as I. I have no
2  personal knowledge as to the actual number of persons affected by the business practices about
3  which I have sued. I do believe, on the basis of what the Alamo agent told me, that my
4  experience was not an isolated incident.

5      Executed this 20th day of June, 2008, at Berkeley, California. I declare under penalty of
6  perjury under the laws of the United States that the foregoing is true and correct.

7                                      Glen Hauer

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hauer Decl. In Supp. Of Plaintiff's Motion to Remand Action to State Court - Case No. CV-08-2608 (JSW)