FILED

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN HAUER,

    Plaintiff,

v.

PRICELINE.COM INC., et al.

    Defendants.

No. C 08-02608 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on August 8, 2008 on Plaintiff's motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 8, 2008 and a reply brief shall be filed by no later than July 15, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE