FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Alamo Rental (US) Inc.
and Vanguard Car Rental USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; and VANGUARD CAR RENTAL USA, INC., a foreign corporation,<br><br>                    Defendants. | Case No. CV 08-2608 (JSW)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS ALAMO RENTAL (US) INC. AND VANGUARD CAR RENTAL USA, INC.** |

Pursuant to Civil Local Rule 3-16(c)(1), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. <u>Alamo Rent-A-Car LLC</u>, named by Plaintiff as a defendant in this action, was dissolved in 2005. The proper defendant is <u>Alamo Rental (US) Inc.</u>, a Delaware corporation.

2. <u>Vanguard Car Rental USA, Inc.</u> is a defendant in this action, and is a Delaware corporation. Alamo Rental (US) Inc. is a wholly owned subsidiary of Vanguard Car Rental USA, Inc..

3. <u>Vanguard Car Rental USA Holdings Inc.</u> is a Delaware corporation. Vanguard Car Rental USA, Inc. is a wholly owned subsidiary of Vanguard Car Rental USA Holdings Inc..

4. <u>VCR USA Holdings II Inc.</u> is a Delaware corporation. Vanguard Car Rental USA Holdings Inc. is a wholly owned subsidiary of VCR USA Holdings II Inc..

5. <u>Worldwide Excellerated Leasing Ltd.</u> is a Bermuda corporation. VCR USA Holdings II Inc. is a wholly owned subsidiary of Worldwide Excellerated Leasing Ltd..

6. <u>Vanguard Car Rental Holdings LLC</u> is a Delaware corporation. Worldwide Excellerated Leasing Ltd. is a wholly owned subsidiary of Vanguard Car Rental Holdings LLC.

7. <u>Michels Holding Corporation</u> is a Delaware corporation. Vanguard Car Rental Holdings LLC is a wholly owned subsidiary of Michels Holding Corporation.

8. <u>Enterprise Rent-A-Car Company</u> is a Missouri corporation. Michels Holding Corporation is a wholly owned subsidiary of Enterprise Rent-A-Car Company.

9. <u>The Crawford Group Inc.</u> is a Missouri corporation. Enterprise Rent-A-Car Company is a wholly owned subsidiary of The Crawford Group Inc.

1 | Dated: July 8, 2008            FOLGER LEVIN & KAHN LLP

/s/
Jiyun Cameron Lee
Attorneys for Defendants
Alamo Rental (US) Inc.
and Vanguard Car Rental USA, Inc.

92915\2005\607673.1