FOLGER LEVIN & KAHN LLP
Gregory D. Call (CSB No. 120483, gcall@flk.com)
Jiyun Cameron Lee (CSB No. 161667, jlee@flk.com)
Trina D. McAlister (CSB No. 253139, tmcalister@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants Alamo Rental (US) Inc.
and Vanguard Car Rental USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; and VANGUARD CAR RENTAL USA, INC., a foreign corporation,<br><br>　　　　　　　Defendants. | Case No. CV 08-2608 (JSW)<br><br>**STATEMENT OF NONOPPOSITION BY DEFENDANTS ALAMO RENTAL (US) INC. AND VANGUARD CAR RENTAL USA, INC. TO PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT**<br><br>Date:　　　August 8, 2008<br>Time:　　　9:00 a.m.<br><br>Courtroom 2, 17th Floor<br>Before the Honorable Jeffrey S. White |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STATEMENT OF NONOPPOSITION
BY ALAMO AND VANGUARD;
CASE NO. CV 08-2608 (JSW)

1  Pursuant to Civil Local Rule 7-3(b), defendants Alamo Rental (US) Inc. and Vanguard
2  Car Rental USA, Inc. (the "Alamo Defendants") submit this Statement of Nonopposition to
3  Plaintiff's Motion to Remand Action to State Court (the "Remand Motion").
4  The Alamo Defendants neither oppose nor support Plaintiff's Remand Motion, because
5  Plaintiff has asserted only a subclass against the Alamo Defendants. The principal allegations in
6  the Complaint, including the principal class allegations, are directed to the other defendant in the
7  case, Priceline.com, Inc. ("Priceline"). Priceline is the party who filed the Notice of Removal,
8  and Priceline is the party to whom the Remand Motion is directed.
9  For the foregoing reasons, the Alamo Defendants submit this Statement of Nonopposition.

Dated: July 8, 2008                                    FOLGER LEVIN & KAHN LLP


                                                          /s/
                                                    Jiyun Cameron Lee
                                                   Attorneys for Defendants
                                                    Alamo Rental (US) Inc.
                                              and Vanguard Car Rental USA, Inc.

92915\2005\608605.1