IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN HAUER,

    Plaintiff,

v.

PRICELINE.COM INC., et al.

    Defendants.

No. C 08-02608 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS**

This matter is set for a hearing on September 19, 2008 on the motions to dismiss filed by defendant Priceline.com, Incorporated and defendants Alamo Rental (US) Incorporated and Vanguard Car Rental USA, Incorporated (collectively ("Defendants"). The Court HEREBY ORDERS that Plaintiff's opposition to these motions shall be filed by no later than July 25, 2008 and Defendants' reply briefs shall be filed by no later than August 1, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE