**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>    v.<br><br>PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-CAR LLC, a foreign limited liability company; VANGUARD CAR RENTAL USA, INC., a foreign corporation; AND DOES 1 THROUGH 50<br><br>    Defendants | CASE NO. CV-08-2608-JSW<br><br>**REPLY DECLARATION OF ADAM GUTRIDE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT**<br><br>Date: August 8, 2008<br>Time: 9:00 am<br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

I, Adam Gutride, declare:

1.     I am an attorney of record for Plaintiff in this action and a member in good standing of the Bar of this State. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

2.     In the First Amended Complaint, filed June 9, 2008, which I drafted, I included several allegations that Plaintiff and the members of the proposed Class had suffered injury and damages "in an amount to be proven at trial, but in excess of the jurisdictional minimum of this Court." First Amend. Cmplt. §§ 45, 46, 56, 57, 78. The identical allegations appeared in the original Complaint. Cmplt. §§ 45, 46, 56, 57, 78. In drafting those allegations, my firm's intent was to allege that at least $25,000 was in controversy, as required for an "unlimited jurisdiction" case in California Superior Court. At the time of filing the First Amended Complaint, I had noti-

fied Defendants of Plaintiff's intent to move for remand. I did not change the allegations regarding the "jurisdictional minimum" in the First Amended Complaint, and to the extent I considered the meaning of those allegations, my only intent was that the Superior Court would have jurisdiction on remand. I did not intend to imply that the case exceeded the jurisdictional minimum of the U.S. District Court, or that $5 million was in controversy. Indeed, neither I nor any other member of my firm had any basis upon which to make such an allegation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of July, 2008, in San Francisco, California.

_____
Adam Gutride