1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JACQUELINE M. JAUREGUI  Bar No. 095289
2  jacqueline.jauregui@sdma.com
   MARINA L. WHELAN  Bar No. 251087
3  marina.whelan@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
5  Facsimile: (213) 426-6921

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MATTHEW A. FISCHER  Bar No. 191451
7  matthew.fischer@sdma.com
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, CA 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

10
   Attorneys for Defendant
11 PRICELINE.COM, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 GLEN HAUER, an individual, on behalf of        CASE NO.  CV 08 2608 JSW
   himself, the general public, and those
16 similarly situated,                            [The Honorable Jeffrey S. White]

17                         Plaintiff,             **DEFENDANT PRICELINE.COM, INC.'S
                                                  REPLY TO OPPOSITION TO MOTION TO
18         v.                                     DISMISS AND STRIKE ALLEGATIONS IN
                                                  THE FIRST AMENDED COMPLAINT**
19 PRICELINE.COM INCORPORATED, a
   foreign corporation; ALAMO RENT-A-
20 CAR LLC, a foreign limited liability           Date:    September 19, 2008
   company; VANGUARD CAR RENTAL                   Time:    9:00 a.m.
21 USA, INC., a foreign corporation; and          Place:   17th Floor
   DOES 1 through 50
22                                                Amended Class Action Complaint filed:
                         Defendants.              June 9, 2008
23

24

25 //

26 //

27 //

28 //

1

2

# **TABLE OF CONTENTS**

3

**Page**

I.    INTRODUCTION & SUMMARY OF ARGUMENT ............................................................ 1

II.   PLAINTIFF CANNOT STATE A CLAIM FOR FRAUD ................................................. 2

    A.    Plaintiff's Fraud Claim Is Barred By The Economic Loss Doctrine ...................... 2

    B.    Plaintiff's Fraud Claim Is Not Pled With The Requisite Specificity
         Under Rule 9(b) .................................................................................................... 4

III.  PLAINTIFF'S CLAIMS UNDER THE CALIFORNIA UNFAIR
     COMPETITION LAW FAIL AS A MATTER OF LAW ................................................... 4

IV.   PLAINTIFF FAILS TO STATE A CLRA CLAIM ............................................................. 7

V.    PRICELINE'S TERMS AND CONDITIONS ARE ENFORCEABLE and
     limit liability for punitive, consequential, and exemplary damages ..................... 9

VI.   CONCLUSION ................................................................................................................... 10

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# TABLE OF AUTHORITIES

2

**Page**

3

### Cases

4

*Atari Corp. v. The 3DO Company,*
  31 USPQ.2d 1636, 1994 WL 723601 (N.D. Cal. 1994) ........................................................... 6

5

*Bank of the West v. Superior Court,*
  2 Cal. 4th 1254 (1992) ........................................................................................................... 5

6

*Bell Atlantic v. Twombly,*
  127 S. Ct. 1955 (2007) ................................................................................................... 2, 7, 8

7

*Coastal Abstract Services, Inc. v. First American Title Ins. Co.,*
  173 F.3d 725 (9th Cir. 1999) ................................................................................................. 6

8

*Conley v. Gibson,*
  355 U.S. 41 (1957) ................................................................................................................. 7

9

*Cook, Perkiss & Liehe, Inc. v. Northern California Collection Svc., Inc.,*
  911 F.2d 242 (9th Cir. 1990) ................................................................................................. 6

10

11

*Harris v. Atlantic Richfield Co.,*
  14 Cal. App. 4th 70 (1993) ................................................................................................ 2, 3

12

*Haskell v. Time, Inc.,*
  857 F.Supp. 1392 (E.D. Cal. 1994) ...................................................................................... 6

13

*Hauler v. Zogarts,*
  14 Cal.3d 104 (Cal. 1975) ..................................................................................................... 4

14

*Hunter v. Up-Right, Inc.,*
  6 Cal.4th 1174 (1993) ........................................................................................................... 2

15

16

*Huron Tool & Eng'g Co. v. Precision Consulting Serv.,*
  209 Mich. App. 365 (1995) ................................................................................................... 3

17

*In re GlenFed, Inc. Securities Litigation,*
  42 F.3d 1541 (9th Cir. 1994) ................................................................................................. 4

18

*Kaiser Steel Corp. v. Westinghouse Elec. Corp.,*
  55 Cal. App. 3d 737 (1976) ................................................................................................... 2

19

20

*Nat'l Rural Telcomms. Coop. v. DIRECTV, Inc.,*
  319 F. Supp. 2d 1059 (CD. Cal. 2003) ................................................................................. 5

21

*Philippine Air Lines, Inc. v. McDonnell Douglas Corp.,*
  189 Cal.App.3d 234 (1987) ................................................................................................. 10

22

*Podolsky v. First Healthcare Corp.,*
  50 Cal.App.4th 632 (1996) ................................................................................................... 7

23

24

*Silicon Knights, Inc. v. Crystal Dynamics, Inc.,*
  983 F. Supp. 1303 (N.D. Cal. 1997) ..................................................................................... 5

25

*Wheeler v. Oppenheimer,*
  140 Cal.App.2d 497 (1956) ................................................................................................. 10

26

### Statutes

27

Business and Professions Code Section 17200 ......................................................................... 5, 6

28

Business and Professions Code Section 17500 ...................................................................... 1, 6, 7

California Code of Civil Procedure § 1770 .............................................................................. 7, 8

i

1

California Code of Civil Procedure § 1780 ................................................................................ 10

2

**Rules**

Federal Rule of Civil Procedure 12.......................................................................................... 2, 11

Federal Rule of Civil Procedure 8............................................................................................ 2, 7

Federal Rule of Civil Procedure 9................................................................................................ 4

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# I.

## INTRODUCTION & SUMMARY OF ARGUMENT

Plaintiff brings a simple breach of contract claim: that he contracted with Priceline to obtain a rental car, and when he arrived at the Alamo counter, the car was not available. (FAC at ¶ 19-22). The complaint is devoid of any facts to suggest that plaintiff's claim is anything other than a breach of contract claim. Plaintiff does not allege any facts giving rise to a fraud, unfair competition, consumer fraud, or false advertising claim, and thus such claims must be dismissed.

First, as to Plaintiff's fraud claim, Plaintiff's theory that an alleged breach of contract can be turned into a fraud claim is not supported by California law and is barred by the Economic Loss Rule, which prohibits tort remedies for what is essentially a breach of contract claim. Plaintiff claims Priceline "fraudulently" represented to Plaintiff that it would provide Plaintiff with the promised rental car and then later refused to reimburse Plaintiff when the car was not provided. Such a claim is inextricably intertwined with Plaintiff's and Priceline's contractual relationship. Thus, there is no legal basis for Plaintiff's fraud-based claim under such circumstances.

Second, Plaintiff's claims under Business and Professions Code Section 17200-17209 (UCL) fail as they are premised upon facts unique to Plaintiff's particular experience with Priceline. Plaintiff has failed to allege facts supporting any type of "business act or practice," by Priceline, much less an unlawful, unfair, or fraudulent one. Indeed, Plaintiff alleges only in the most generic fashion, without any factual support, that Priceline has a practice of refusing to provide consumers with the contracted-for rental car, based on an extrapolation of his own experience. (*See, e.g.,* FAC ¶ 40). Such conclusory allegations fail to state a cognizable claim under the UCL.

Plaintiff's claim for violation of False Advertising Law (Business and Professions Code Section 17500) also fails because the advertisements on which Plaintiff relies are not untrue or misleading on their face. Indeed, California courts have held that such generalized advertisements cannot constitute untrue or misleading advertising as a matter of law since any such advertising slogans are "general assertions" and not "objective, quantifiable attributes."

1    Plaintiff's CLRA claim also fails, because Plaintiff does not allege a single fact in
2    support of each of the alleged statutory violations. As discussed in Priceline's moving papers,
3    the pleading fails to allege supporting facts and merely parrots the language of the statute. (FAC
4    ¶¶ 63-66). Plaintiff's formulaic recitation of the elements of the CLRA subsidiary prohibitions
5    directly violates F.R.C.P. 8(a)(2) and simply is not enough to state a claim.

6    Finally, Plaintiff denies in the Opposition ever seeing the Terms and Conditions attached
7    to the Whelan Declaration in Priceline's moving papers, which expressly disclaim
8    consequential, punitive, and exemplary damages. Plaintiff bases this argument on the date these
9    Terms and Conditions were pulled off the website. Thus, Priceline provides the Terms and
10   Conditions as they appeared on the website at the date of Plaintiff's transaction. (Jose Decl. at
11   Ex. A). The General Limitation of Liability contained within each version is identical. All
12   transactions on priceline.com, where Mr. Hauer booked his reservation, are governed by these
13   Terms and Conditions, and California courts routinely uphold such provisions. Thus, Plaintiff's
14   prayer for such damages must be stricken pursuant to F.R.C.P 12(f).

15   These defects require even more scrutiny in the context of a purported class action. The
16   Supreme Court last year in *Bell Atlantic v. Twombly*, 127 S. Ct. 1955 (2007) admonished that
17   the "protracted discovery" intrinsic to complex class actions should not be permitted if the
18   allegations in the complaint are deficient. *Id.* at 1966. Accordingly, Priceline respectfully urges
19   this court to dismiss Plaintiff's First, Second, Third, and Fifth Claims, and strike Plaintiff's
20   unfounded prayer for consequential and exemplary damages.

21                                   **II.**

22          **PLAINTIFF CANNOT STATE A CLAIM FOR FRAUD**

23   **A.    Plaintiff's Fraud Claim Is Barred By The Economic Loss Doctrine**

24   Plaintiff's Opposition reveals a misunderstanding of California's Economic Loss Rule.
25   This Rule provides that where the claims are predicated on breach of a contract, the assertion of
26   tort remedies is prohibited. *See, e.g., Hunter v. Up-Right, Inc.*, 6 Cal.4th 1174, 1187 (1993);
27   *Harris v. Atlantic Richfield Co.*, 14 Cal. App. 4th 70, 81 (1993); *Kaiser Steel Corp. v.*
28   *Westinghouse Elec. Corp.*, 55 Cal. App. 3d 737, 747-48 (1976); *Huron Tool & Eng'g Co. v.*

1  *Precision Consulting Serv.*, 209 Mich. App. 365, 545 (1995). In his Opposition, Plaintiff

2  concedes that "economic losses" are only available for breach of contract. (Opp. at 14:14-15).

3  However, he states that because he is pleading a fraud claim, that this rule does not apply. (Opp.

4  at 14:13-17). Further, Plaintiff argues that the Economic Loss Rule only bars what types of

5  damages can be sought, as opposed to what claims can be asserted. (Opp. at 15: 9-11). Plaintiff

6  fails to grasp, however, that the entire purpose of the Economic Loss Rule is to *bar* tort claims,

7  such as fraud, when they are essentially based on a breach of contract. Thus, the mere assertion

8  of "fraud," contrary to Plaintiff's beliefs, cannot save his fraud claim.

9      Indeed, the *Harris* case, cited by Plaintiff (Opp. at 14:18-19), states that : "under current

10  California law, tort liability has been imposed for essentially contract-based claims *only* where

11  (1) the breach is also a tort, (2) the parties to the contract have the requisite "special

12  relationship," or (3) the breach is accompanied by bad-faith denial of the contract." *Harris*, 14

13  Cal. App. 4th at 80. Hauer's claim for breach of contract fits within none of these exceptions.

14  Plaintiff appears to argue that he has sufficiently pled an independent tort for fraud because under

15  this claim he pleads "additional facts about Defendants' intent and Plaintiff's detrimental

16  reliance" to support an independent fraud claim. (Opp. At 14:16-18). However, Plaintiff's facts

17  are not "additional." Rather, they are the same set of facts alleged in support of his other contract

18  claims: he contracted for a rental car at a specific price and none was provided to him at that

19  price. This is a simple breach of contract. The allegations that Priceline represented the car

20  would be "cheap" and plaintiff relied on that representation add nothing. Plaintiff emphasizes

21  the various representations allegedly made on Priceline's website, such that Priceline's rental

22  cars are "discount" and "cheap", as support for his fraud claim. (FAC ¶ 80). He states that these

23  representations are "fraudulent, deceptive, and/or false" because ultimately Priceline "force[s]

24  customers to pay for rental cars that are not provided at the agreed to price or quality." (FAC ¶

25  81). The only difference between Plaintiff's fraud claim and breach of contract claim is these

26  alleged "misrepresentations." However, these allegations do not create an independent tort

27  committed by Priceline. To the contrary, these representations mean nothing outside the context

28  of Plaintiff's "breach of contract" claim (*i.e.*, without his allegation that he contracted for, but did

1  not receive a car, they are not independently fraudulent). The "additional facts" that Plaintiff

2  relies on in an attempt to save his fraud claim are inextricably wedded to his breach of contract

3  claim itself. Thus, absent an independently tortious act, the remedy for a Plaintiff's economic

4  loss lies solely in contract law.

5  **B.   Plaintiff's Fraud Claim Is Not Pled With The Requisite Specificity Under**

6  **Rule 9(b)**

7  As discussed above, Plaintiff's fraud claim is essentially a recitation of his breach of

8  contract claim "dressed up" to look like fraud. Not surprisingly then, Plaintiff's fraud claims are

9  not pleaded factually and specifically as Fed. R. Civ. P 9(b) requires. *In re GlenFed, Inc.*

10  *Securities Litigation,* 42 F.3d 1541, 1547 (9th Cir. 1994). Plaintiff cannot rely on the generalized

11  statements made on Priceline's website that its rates on rental cars are "discount," "low price,"

12  etc., or the statement on Priceline's website that "[i]f your offer is accepted, we will immediately

13  lock in your reservation and charge your credit card" (Opp. at 13:1-8), to support an

14  "independent" fraud claim. Plaintiff fails to plead that he even read any of these statements, and,

15  if he did, when he read them, and how he found such statements –when he read them—

16  misleading in any way. Such a generalized regurgitation of Priceline's website content is

17  insufficient to meet the heightened pleading requirements of Rule 9(b). Plaintiff fails to plead

18  *how* these statements relate to *him* and thus are fraudulent. Moreover, courts have also

19  consistently held that, even assuming such statements *were* misleading in some way, such

20  generalized statements about a product are statements of opinion or mere puffing, and there is no

21  liability for their falsity. *Hauler v. Zogarts*, 14 Cal.3d 104, 111 (Cal. 1975).

22  **III.**

23  **PLAINTIFF'S CLAIMS UNDER THE CALIFORNIA UNFAIR COMPETITION LAW**

24  **FAIL AS A MATTER OF LAW**

25  As set forth in Priceline's moving papers, a plaintiff must allege either an "unlawful,"

26  "unfair," or "fraudulent" business practice in order to properly plead a 17200 claim. (Priceline's

27  Motion to Dismiss at 10:23-25). Plaintiff has failed to plead any fraudulent business act or

28  practice by Priceline. A business act or practice if fraudulent within the meaning of Section

1   17200 if "members of the public are likely to be deceived." *Bank of the West v. Superior Court,*

2   2 Cal. 4th 1254, 1267 (1992). Even assuming he had pled a business act or practice, Plaintiff has

3   not sufficiently pled one that fits under one of the three prongs of Section 17200. *See, e.g., Nat'l*

4   *Rural Telcomms. Coop. v. DIRECTV, Inc.,* 319 F. Supp. 2d 1059, 1074-78 (C.D. Cal. 2003)

5   (business practice or act required for each kind of activity actionable under the UCL, *i.e.,*

6   unlawful, unfair or fraudulent conduct).

7          Plaintiff admits in his Opposition that his claims under California's Unfair Competition

8   Laws ("UCL"), sections 17200 and 17500, are based solely upon "the circumstances that befell

9   Plaintiff," (Opp. at 6:21) and the generalized advertisements on Priceline's website. (Opp. at 7:4-

10  12). The premise for Plaintiff's UCL claims is Priceline's representation of the Priceline rate on

11  its website as: "discount," "low price," "great deals," "value conscious," "last minute deals"

12  "weekend deals" and "cheap." (Opp. at 7:4-6). Plaintiff *did* receive the discount rate that he bid

13  on, noting in his Opposition the $75.64 rate, which he had successfully received. (Opp. at 7:9).

14  Such allegations alone are insufficient to state a claim for violation of the UCL and do not allege

15  any unlawful, unfair or fraudulent business practice under the definitions set forth above.

16         First, Plaintiff has not alleged *any* specific wrongful business practice, let alone one that

17  is unfair, unlawful, or fraudulent. Not surprisingly, Plaintiff omits addressing this argument in

18  his Opposition. Indeed, there are  no allegations in the FAC that Priceline engaged in any

19  specific, systematic or uniform practice that was to the detriment of its consumers in the

20  processing of their reservations. Instead, all Plaintiff claims is that he has properly pled an

21  improper business practice by alleging, on information and belief, that Priceline handled the

22  reservations of other consumers in the same manner that it handled his. This allegation is

23  insufficient to meet the pleading requirements for a Section 17200 claim. *See. e.g., Silicon*

24  *Knights, Inc.* v. *Crystal Dynamics, Inc.,* 983 F. Supp. 1303, 1316 (N.D. Cal. 1997) ( "[a] plaintiff

25  alleging unfair business practices under [the UCL] 'must state with reasonable particularity the

26  *facts* supporting the statutory elements of the violation.'"). Plaintiff must plead with reasonable

27  particularity the manner in which Priceline made it *a practice* of failing to provide customers

28  with the promised rental car, or failing to issue appropriate refunds when a car was not provided,

1  in an unlawful or unfair manner. Plaintiff cannot sustain a 17200 claim by alleging in the most

2  conclusory terms that Priceline had a wrongful practice because of an aberrational error on

3  plaintiff's reservation. Thus, to allege that *any* time a promised rental car is not provided, there

4  is a "wrongful practice" --without a further specific allegations as to the basis for such a claim--

5  is an insufficient pleading of a Section 17200 violation.

6       Even if Plaintiff had sufficiently pled a business act or practice, Plaintiff has not pled any

7  "unlawful" "unfair" or "fraudulent" conduct.  Plaintiff has not alleged a violation of any law as

8  required under the "unlawful" prong of the UCL, with the exception of an alleged violation of

9  False Advertising Law (FAL) under Section 17500.. (Opp. at 5:24-25). However, as discussed in

10  greater detail Priceline's moving papers, Plaintiff fails to state a FAL claim because no "untrue or

11  misleading" statements by Priceline have been alleged. (Priceline's Motion to Dismiss at 12:9 –

12  14:9).  Plaintiff's allegation of false advertising based on Priceline's representation of the

13  Priceline rate on its website as: "discount," "low price," "great deals," "value conscious," "last

14  minute deals" "weekend deals" and "cheap,"  cannot constitute untrue or misleading advertising

15  as a matter of law since, since on their face, they are not false. Further, as discussed above and in

16  Priceline's moving papers, Plaintiff *did* get the rate that he bargained for.  Plaintiff alleges his

17  problem was that no car was available through Alamo, other than a van he was afraid to drive in

18  inclement weather.  (FAC ¶¶ 20, 22); *see Consumer Advocates v. Echostar Satellite Corp.*, 113

19  Cal.App.4th 1351 (2003) (dismissing FAL claim where defendant's advertisements that the

20  product provided "crystal clear digital video" was essentially true).

21       Moreover, such advertising slogans are "general assertions" and not "objective,

22  quantifiable attributes" and are not actionable. *See Cook, Perkiss & Liehe, Inc. v. Northern*

23  *California Collection Svc., Inc.*, 911 F.2d 242 (9th Cir. 1990); *Haskell v. Time, Inc.*, 857 F.Supp.

24  1392 (E.D. Cal. 1994); *Atari Corp. v. The 3DO Company*, 31 USPQ.2d 1636, 1994 WL 723601

25  (N.D. Cal. 1994); *see also, Coastal Abstract Services, Inc. v. First American Title Ins. Co.*, 173

26  F.3d 725, 731 (9th Cir. 1999) (specifically approved *Cook, Perkiss & Liehe, Inc.*, "In *Cook*, we

27  affirmed the district court's determination that the defendant's statement implying better service

28  and lower rates than the competition was puffery because a reasonable consumer would not

1  interpret the statement as a reliably factual claim." ). Because Priceline did not engage in

2  misleading or untrue public dissemination in advertising and marketing, Plaintiff's § 17500 claim

3  fails as a matter of law.

4      Plaintiff's allegations also do not plead any "unfair" conduct by Priceline. There is no

5  statutory violation pled nor any allegations that the conduct was unscrupulous. Further, an

6  "unfair" business practice "involves an examination of that practice's impact on its alleged

7  victim, balanced against the reasons, justifications and motives of the alleged wrongdoer. In

8  brief, the court must weigh the utility of the defendant's conduct against the gravity to the alleged

9  victim." *Podolsky v. First Healthcare Corp.*, 50 Cal.App.4th 632, 647 (1996) (citations omitted).

10  Here, Priceline facilitates discount rental car reservations for its consumers; such practice, as with

11  anything involving people, is subject to human or technical error. Clearly, there is nothing

12  "unfair" with facilitating car rentals, nor does plaintiff allege it. Accordingly, Plaintiff's claims

13  for violation of California's unfair competition laws are not sufficiently pled and must be

14  dismissed for failure to state a claim.

15                                  **IV.**

16                    **PLAINTIFF FAILS TO STATE A CLRA CLAIM**

17      The CLRA applies to any transaction involving the sale or lease of goods or services to a

18  consumer. *See* Cal. Civ. Code § 1770(a). Amongst the list of 23 activities defined to be unlawful

19  under CLRA, the Complaint alleges "Defendants" violated Cal. Civ. Code § 1770(a)(5), (7), (9)

20  and (10). (FAC at ¶¶ 62-66). But the FAC does not allege facts informing *Priceline* how it

21  allegedly violated these sections. Federal Rule of Civil Procedure 8(a)(2) requires " 'a short and

22  plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the

23  defendant fair notice of what the ... claim is and the grounds upon which it rests." ' *Bell Atlantic*

24  *v. Twombly*, 127 S. Ct. 1955, 1964 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957))

25  (citation omitted) (alteration in original). "[A] plaintiffs obligation to provide the 'grounds' of his

26  'entitle [ment] to relief requires more than labels and conclusions, and a formulaic recitation of

27  the elements of a cause of action will not do." *Twombly*, 127 S. Ct. at 1964-65 (quoting Fed. R.

28  Civ. P. 8(a)(2)) (citations omitted) (alteration in original). But here, Plaintiff relies solely on

1   "formulaic recitation of the elements" of the CLRA subsidiary prohibitions which are simply not

2   enough to state a claim as a matter of law.

3        Plaintiff lists the texts of each of the alleged statutory violations <u>without any</u>

4   <u>accompanying facts</u> in his FAC. (FAC ¶¶ 62-66). In his opposition, Plaintiff erroneously states

5   that his incorporation by reference of the various paragraphs scattered throughout the lengthy

6   pleading are sufficient to state a CLRA claim. (Opp. at 11:19-20). However, such incorporation

7   fails to allege how Priceline violated the Consumer Legal Remedies Act. *See Bell Atlantic v.*

8   *Twombly,* 127 S. Ct. at 1964-65. Such a wholesale incorporation by reference of the entirety of

9   the rest of the complaint, fails to provide a "short and plain statement" of the claim as required by

10  Rule 8, *see id.* at 1964. Priceline thus has no notice of what specific acts supposedly committed

11  constitute a violation of the CLRA. Indeed, Alamo's conduct is different from Priceline's alleged

12  conduct. Plaintiff's failure to allege specific facts to support a claim against each named

13  defendant thus renders the claim insufficiently pled.

14       Further, Plaintiff's reliance on a "wholesale incorporation" of the allegations in the rest of

15  the FAC fails to specifically tie any of his factual allegations to any alleged CLRA violation.

16  Priceline should not have to guess, nor should the Court, which facts are specific to the alleged

17  CLRA violations. The Opposition purports to give "examples" of Priceline's alleged violation of

18  the CLRA (Opp. at 11: 24-26), which suggest a concession by Plaintiff that this claim is

19  inadequately pled; Plaintiff's Opposition cannot "fill in the blanks" in his FAC. Indeed, none of

20  the incorporated paragraphs include material facts demonstrating that Priceline represented "that

21  goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or

22  quantities that they do not have." *Civil Code* § 1770(a)(5). Similarly, Plaintiff does not allege

23  material facts establishing that Priceline represented "that goods or services are of a particular

24  standard, quality, or grade, or that goods are of a particular style or model, if they are of another."

25  *Civil Code* § 1770(a)(7). Plaintiff does not articulate any specific representation made by

26  Priceline "that goods or services are of a particular standard, quality, or grade." Further, Plaintiff

27  does not articulate the specific injunctive relief that would be appropriate under the

28  circumstances. The motion to dismiss Plaintiff's CLRA claim should thus be granted.

**V.**

**PRICELINE'S TERMS AND CONDITIONS ARE ENFORCEABLE AND LIMIT LIABILITY FOR PUNITIVE, CONSEQUENTIAL, AND EXEMPLARY DAMAGES**

All transactions on Priceline's website are governed by Priceline's Terms and Conditions. (Jose Declaration at Ex. A). Such Terms and Conditions expressly disclaim liability for consequential, punitive, and exemplary damages arising from the claims of aggrieved consumers. *Id.* Plaintiff attempts to argue in his Opposition: (1) that such Terms & Conditions are not attached to or referred to in his FAC; (2) that he was never shown the Terms and Conditions attached to the Whelan Declaration in Priceline's moving papers; (3) even if such Terms and Conditions were admissible, that these damages are not waivable; and (4) such Terms & Conditions are unconscionable. (Opp. at 17:4-18:19). Each of these arguments fails.

Contrary to Plaintiff's assertions, the Terms and Conditions *are* referenced in the FAC. Plaintiff attaches to the FAC as his first exhibit a copy of the contract entered into between Priceline and Plaintiff (FAC, Doc. 13-2). At the bottom of this document, a hyperlink to Priceline's Terms and Conditions can be found. Thus, not only are such Terms & Conditions rightfully considered part of the pleadings, but the fact that Plaintiff attached the document to his complaint referencing such Terms and Conditions confirms that Plaintiff was on notice of them at the time he placed his reservation. Indeed, each consumer is required to initial a box indicating that he or she has read the Terms and Conditions prior to completing a transaction. Also, Plaintiff disputes in his Opposition that the Terms and Conditions and General Limitation of Liability contained therein, attached to the Whelan Declaration in Priceline's moving papers is not the same that was on the website in November 2007, the time of Plaintiff's reservation. To the contrary, the General Limitation of Liability contained within the Terms and Conditions attached to Whelan Declaration is the same that was on Priceline's website at the time of Plaintiff's reservation. (*See* Jose Declaration, Ex. A). Plaintiff Hauer was responsible for reading these Terms and Conditions prior to entering into the contract with Priceline.

Plaintiff argues in his Opposition that, regardless of the Terms and Conditions, his claim for consequential and punitive damages cannot be disclaimed, as per the CLRA. (Opp. at 17: 19-

1   28). Plaintiff, however, erroneously argues in his Opposition that the CLRA provides for

2   consequential damages. (Opp. at 17:20-21). This is simply false. *See* Civ. Code § 1780. The

3   CLRA does, however, allow punitive damages. *Id.* Because the Court should dismiss Plaintiff's

4   CLRA claim, as discussed above, the Court should correspondingly strike Plaintiffs' prayer for

5   punitive damages. Plaintiff alternatively argues that fraud claims permit punitive damages. As

6   also discussed above, Plaintiff fails to state a claim for fraud. Without the fraud-based claim,

7   Plaintiff is left with no basis for punitive damages.

8          Finally, Plaintiff's argument that the Terms and Conditions are unconscionable also fails

9   as California courts have long held that parties to a contract may limit their liability, or otherwise

10  allocate the risk of doing business. *See, e.g., Philippine Air Lines, Inc. v. McDonnell Douglas*

11  *Corp.*, 189 Cal.App.3d 234, 237 (1987) (upholding disclaimer of consequential damages);

12  *Wheeler v. Oppenheimer,* 140 Cal.App.2d 497, 499-500 (1956). Courts attempt to uphold the

13  bargained for agreement of the parties as to which party shall assume certain risks. *Philippine*

14  *Air Lines, Inc., supra,* at 242-243. Plaintiff's FAC is completely devoid of any factual allegations

15  that the damage limitation in the parties' agreement is unconscionable. Rather, Plaintiff points

16  generally to case law indicating a court may refuse to uphold contractual provisions based on

17  unconscionability. However, Plaintiff never alleges a single fact or makes a single argument as

18  to why Priceline's specific liability limitation should be considered "unconscionable." In this

19  case, because Plaintiff and Priceline agreed that Priceline would not be liable for any

20  consequential, punitive, or exemplary damages, and there are no factual allegations or legal

21  support offered by Plaintiff that such liability limitation was unconscionable, the court should

22  strike Plaintiff's prayer for these types of damages.

23                                          **VI.**

24                                    **CONCLUSION**

25         Based upon the foregoing, Plaintiff has failed to adequately state a claim for violation of

26  Business and Professions Code sections 17200 and 17500, violation of the Consumer Legal

27  Remedies Act, and Fraud, Deceit and/or Misrepresentation, and thus such claims should be

28

1   dismissed pursuant to F.R.C.P 12(b)(6). Plaintiff's claim for consequential, punitive and

2   exemplary damages should be stricken pursuant to F.R.C.P 12(f).

3   DATED:  August 1, 2008              SEDGWICK, DETERT, MORAN & ARNOLD LLP

4

5                                   By:_   /s/ Jacqueline M. Jauregui
                                           Jacqueline M. Jauregui
6                                          Marina L. Whelan
                                           Attorneys for Defendant
7                                          PRICELINE.COM, INC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JACQUELINE M. JAUREGUI  Bar No. 095289
2  jacqueline.jauregui@sdma.com
   MARINA L. WHELAN  Bar No. 251087
3  marina.whelan@sdma.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, California  90017-5556
   Telephone: (213) 426-6900
5  Facsimile: (213) 426-6921

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MATTHEW A. FISCHER  Bar No. 191451
7  matthew.fischer@sdma.com
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, CA  94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

10
   Attorneys for Defendant
11 PRICELINE.COM, INC.

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 GLEN HAUER, an individual, on behalf of          CASE NO.  CV 08 2608 JSW
   himself, the general public, and those
16 similarly situated,                              [The Honorable Jeffrey S. White]

17                                Plaintiff,         **DECLARATION OF WILLIAM JOSE IN**
                                                    **SUPPORT OF PRICELINE'S MOTION TO**
18              v.                                  **DISMISS AND STRIKE ALLEGATIONS IN**
                                                    **THE FIRST AMENDED COMPLAINT**
19 PRICELINE.COM INCORPORATED, a
   foreign corporation; ALAMO RENT-A-
20 CAR LLC, a foreign limited liability
   company; VANGUARD CAR RENTAL           Date:     September 19, 2008
21 USA, INC., a foreign corporation; and   Time:     9:00 a.m.
   DOES 1 through 50                       Place:    17th Floor
22
                               Defendants.  Amended Class Action Complaint filed:
23                                           June 9, 2008

24

25

26      I, William Jose, hereby declare as follows:

27      1.      I am Vice President, Rental Cars for Priceline.com, Incorporated ("Priceline").

28      2.      I have personal knowledge of the matters stated in this Declaration and, if called

1   as a witness, could and would testify competently to them.

2       3.      I am familiar with the information maintained by Priceline on its website related

3   to rental car bookings, including but not limited to, the Terms and Conditions applicable to such

4   bookings.

5       4.      Attached as Exhibit A is a true and correct copy of Priceline's Terms and

6   Conditions in effect on November 19, 2007, when, as I am informed, Plaintiff, Glen Hauer, made

7   his car rental booking.

8           I declare under penalty of perjury under the laws of the United States that the foregoing is

9   true and correct.

10  DATED: August  ) , 2008

11

12

13                                      By:  William Jose

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## LIST OF EXHIBITS

Priceline's Terms and Conditions in effect on November 19, 2007                    Exhibit A

**EXHIBIT A**

Priceline's Terms and Conditions in effect on November 19, 2007

**Agreement between User and Priceline.com**

Priceline.com is owned and operated by priceline.com Incorporated ("priceline.com", "Priceline", or "we"). This web site ("Site") is intended for personal, noncommercial use. This Agreement describes the terms and conditions applicable to the services available through this Site. This Agreement describes your responsibilities and, among other things, limits the liability of priceline.com. BEFORE SUBMITTING AN ACCOUNT REGISTRATION FORM AND/OR USING ANY OF THESE SERVICES, PLEASE READ ALL OF THIS AGREEMENT CAREFULLY. BY ACCESSING ANY AREAS OF THIS SITE, USERS ("USERS" OR "YOU") AGREE TO BE LEGALLY BOUND WITHOUT LIMITATION, QUALIFICATION, OR CHANGE AND TO ABIDE BY THESE TERMS AND CONDITIONS, WHICH WILL CONSTITUTE OUR AGREEMENT ("AGREEMENT"). If at any time you do not agree with any part of this Agreement, YOU MUST DISCONTINUE USE OF THIS SITE. Priceline.com reserves the right, in its sole discretion, to amend, modify, or alter this Agreement at any time by posting the amended terms on this Site. We recommend that you review these terms and conditions periodically. The amended terms shall be effective from and after the date that they are posted on the Site. This Agreement may not otherwise be amended except in writing signed by both parties. Priceline.com incorporates herein, by reference, its Privacy Policy.

WITHOUT LIMITATION OF ANY OTHER PROVISIONS OF THIS AGREEMENT, YOU MAY NOT USE THIS SITE FOR ANY PURPOSE THAT IS UNLAWFUL OR PROHIBITED BY THIS AGREEMENT AND/OR ANY APPLICABLE ADDITIONAL TERMS. YOUR ACCESS TO THIS SITE MAY BE TERMINATED IMMEDIATELY IN PRICELINE.COM'S SOLE DISCRETION, WITH OR WITHOUT NOTICE, IF YOU FAIL TO COMPLY WITH ANY PROVISION OF THIS AGREEMENT AND/OR ADDITIONAL TERMS, OR FOR ANY OTHER REASON, OR NO REASON.

<u>**Table of Contents**</u>

PART I: General Terms and Conditions

Copyright Notice
Trademark Notice
Acceptable Use/License
Accounts, Security, Passwords
Privacy Policy
Diclaimer of Warranties
General Limitation of Liability
Indemnification
Third Parties
User Comments, Feedback and Other Submissions
Response to Requests
Links to Other Web Sites and Services
Modification/Termination of Usage
Pricing Errors
Electronic Notification
International Use
Hyperlinks
Miscellaneous

PART II: Travel Services

A. General
B. Airline Service Restrictions

C. Hotel Service Restrictions
D. Rental Car Service Restrictions
E. Vacation Package Restrictions
F. Tours and Attractions Restrictions
G. Travel Service Disclosures

**PART I**
**General Terms and Conditions**


**Copyright Notice**

You, the User, acknowledge that all content included on this Site, including the information, data, software, photographs, graphs, video, typefaces, graphics, music, sounds, images, illustrations, maps, designs, icons, written and other material (collectively, "Content") and the arrangement and compilation of the Content are intellectual property and copyrighted works of priceline.com and/or its third-party providers including, without limitation, the airline, hotels, rental car companies and other travel suppliers that provide travel or other services through this Site ("Providers"). Reproduction or storage of information or works retrieved from this Site, in all forms, media and technologies now existing or hereafter developed, is subject to the U.S. Copyright Act of 1976, Title 17 of the United States Code and all applicable international copyright treaties and conventions, including without limitation, the Berne Convention and the Universal Copyright Convention.

**Trademark Notice**

"PRICELINE.COM" and "PRICELINE" and "NAME YOUR OWN PRICE" are registered service marks of priceline.com. Other product and company names identified on this Site may be the name, trademark, trade name, service mark, logo, symbol or other proprietary designation of priceline.com or a third-party. The use on this Site of any name, trade name, trademark, service mark, logo, symbol or other proprietary designation or marking of or belonging to any third-party, and the availability of specific goods or services from such third-party through this Site, should not be construed as an endorsement or sponsorship of this Site by any such third-party, or the participation by such third-party in the offering of goods, services or information through this Site.

**Acceptable Use/License**

Priceline grants you a limited, personal, nontransferable, non-sublicensable, revocable license to access and use this Site only as expressly permitted in this Agreement. Except for this limited license, we do not grant you any other rights or license with respect to this Site; any rights or license not expressly granted herein are reserved. The content and information on this Site (including, without limitation, price and availability of travel services), as well as the infrastructure used to provide such content and information, is proprietary to priceline.com or its suppliers and providers. Accordingly, as a condition of using this Site, you agree not to use this Site or its contents or information for any commercial or non-personal purpose (direct or indirect) or for any purpose that is unlawful or prohibited by this Agreement. While you may make limited copies of your travel itinerary (and related documents) for travel or services purchased through this Site, you agree not to modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell or re-sell any information, software, products, or services obtained from this Site. In addition, whether or not you have a commercial purpose, you agree not to:

i.      access, monitor or copy any content or information of this Site using any robot, spider, scraper or other automated means or any manual process for any purpose without express written permission of priceline.com;

ii.     violate the restrictions in any robot exclusion headers on this Site or bypass or circumvent other measures employed to prevent or limit access to this Site;

iii.    take any action that imposes, or may impose, in the discretion of priceline.com, an unreasonable or disproportionately large load on the priceline.com infrastructure; or

iv.     deep-link to any portion of this Site (including, without limitation, the purchase path for any travel services) for any purpose without express written permission of priceline.com.

v.      deliver any unlawful (according to local, state, federal, or international law or regulation) postings to or through the this Site, or any postings which advocate illegal activity.

vi.     deliver, or provide links to, any postings containing material that could be considered harmful, obscene, pornographic, indecent, lewd, violent, abusive, profane, insulting, threatening, tortuous, harassing, hateful or otherwise objectionable.

vii.    deliver or provide links to, any postings containing material that harasses, victimizes, degrades, or intimidates an individual or group of individuals on the basis of religion, race, ethnicity, sexual orientation, gender, age, or disability.

viii.   deliver or provide links to, any postings containing defamatory, false or libelous material.

ix.     deliver any posting that infringes or violates any intellectual property or other right of any entity or person, including, without limitation, copyrights, patents, trademarks, laws governing trade secrets, rights to privacy, or publicity.

x.      deliver any posting to that you do not have a right to make available under law or contractual or fiduciary relationships.

xi.     impersonate another person or entity or falsely state or otherwise misrepresent your affiliation with a person or entity, or adopt a false identity if the purpose of doing so is to mislead, deceive, or defraud another.

xii.    manipulate identifiers, including by forging headers, in order to disguise the origin of any posting that you deliver.

xiii.   use this Site in any manner which could damage, disable, overburden, or impair or otherwise interfere with the use of this Site or other users' computer equipment, or cause damage, disruption or limit the functioning of any software, hardware, or telecommunications equipment.

xiv.    attempt to gain unauthorized access to this Site, any related website, other accounts, computer system, or networks connected to this Site, through hacking, password mining, or any other means.

xv.     obtain or attempt to obtain any materials or information through any means not intentionally made available through this Site, including harvesting or otherwise collecting information about others such as email addresses

You may only use this Site to make legitimate reservations, purchases or requests to purchase the products or services offered (each, a "Request") and shall not use this Site to make any speculative, false or fraudulent Requests or any Requests in anticipation of demand. You represent that you are of sufficient legal age to create binding legal obligations for any liability you may incur as a result of your use of this Site. You agree to provide correct and true information in connection with your use of this Site and you agree to promptly update your membership information (if applicable) in order to keep it current, complete and accurate. It is a violation of law to place a Request in a false name or with an invalid method of payment. Please be aware that even if you do not give us your real name, your web browser transmits a unique Internet address to us that can be used by law enforcement officials to identify you. Fraudulent users will be prosecuted to the fullest extent of the law.

Priceline reserves the right to cancel any airline, hotel or rental car reservation or any other transaction that it reasonably believes to have been fraudulently made, including without limitation, by unauthorized use of a credit or debit card.

**Accounts, Security, Passwords**

You may register to utilize this Site by completing the specified registration process and providing us with current, complete, and accurate information as requested by the online registration form. It is your responsibility to maintain the currency, completeness and accuracy of your registration data, and any loss caused by your failure to do so is your responsibility. As part of the registration process, you will be asked to choose a security question. It is entirely your responsibility to maintain the confidentiality of your security question and your account. Additionally you are entirely responsible for any and all activities that occur under your account. You agree to notify priceline.com immediately of any unauthorized use of your account. Priceline.com is not liable for any loss that you may incur as a result of someone else using your account, either with or without your knowledge.

**Privacy Policy**

You confirm that you have read our Privacy Policy, the terms of which are incorporated herein, and agree that the terms of such policy are reasonable and satisfactory to you. You consent to the use of your personal information by priceline.com and/or its third-party providers and distributors in accordance with the terms of and for the purposes set forth in the Privacy Policy. To the extent permitted by law, Priceline.com makes no representation or warranty with regard to the sufficiency of the security measures used for data handling and storage. Priceline.com will not be responsible for any actual or consequential damages that result from a lapse in compliance with the Privacy Policy because of a security breach or technical malfunction.

**Disclaimer of Warranties**

UNLESS A PROVIDER HAS AGREED OTHERWISE, ALL CONTENT, INCLUDING SOFTWARE, PRODUCTS, SERVICES, INFORMATION, TEXT AND RELATED GRAPHICS CONTAINED WITHIN OR AVAILABLE THROUGH THIS SITE ARE PROVIDED TO YOU ON AN "AS IS," "AS AVAILABLE" BASIS. PRICELINE.COM MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS WEBSITE OR THE INFORMATION, CONTENT OR MATERIALS INCLUDED ON THIS WEBSITE TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, PRICELINE.COM DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY OR SATISFACTORY WORKMANLIKE EFFORT, INFORMATIONAL CONTENT, TITLE, OR NON-INFRINGEMENT OF THE RIGHTS OF THIRD PARTIES. PRICELINE.COM DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS THAT THIS SITE WILL OPERATE ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS SITE AND/OR ITS SERVERS WILL BE FREE OF VIRUSES AND/OR OTHER HARMFUL COMPONENTS. PRICELINE.COM DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING SUITABILITY, AVAILABILITY, ACCURACY, RELIABILITY, COMPLETENESS, OR TIMELINESS OF ANY MATERIAL OF ANY KIND CONTAINED WITHIN THIS SITE FOR ANY PURPOSE, INCLUDING SOFTWARE, PRODUCTS, SERVICES, INFORMATION, TEXT AND RELATED GRAPHICS CONTENT.

PRICELINE.COM IS NOT RESPONSIBLE FOR ANY FAILURES CAUSED BY SERVER ERRORS, MISDIRECTED OR REDIRECTED TRANSMISSIONS, FAILED INTERNET CONNECTIONS, INTERRUPTIONS IN THE TRANSMISSION OR RECEIPT OF TICKET ORDERS OR, ANY COMPUTER VIRUS OR OTHER TECHNICAL DEFECT, WHETHER HUMAN OR TECHNICAL IN NATURE.

WITHOUT LIMITING THE FOREGOING, NO WARRANTY OR GUARANTEE IS MADE (I) REGARDING THE ACCEPTANCE OF ANY REQUEST, (II) THAT A USER WILL RECEIVE THE

LOWEST AVAILABLE PRICE FOR GOODS AND/OR SERVICES AVAILABLE THROUGH THIS SITE, (III) REGARDING THE AVAILABILITY OF PRODUCTS AND/OR SERVICES THROUGH THIS SITE OR, WHERE APPLICABLE, AT ANY PARTICIPATING RETAILER OR RETAILER LOCATION, OR (IV) REGARDING THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THIS SITE.

### General Limitation of Liability

TO THE EXTENT PERMITTED BY LAW, IN NO EVENT SHALL PRICELINE.COM, INCLUDING ITS RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, REPRESENTATIVES, SUBSIDIARIES, AFFILIATES, DISTRIBUTORS, SUPPLIERS, LICENSORS, AGENTS OR OTHERS INVOLVED IN CREATING, SPONSORING, PROMOTING, OR OTHERWISE MAKING AVAILABLE THE SITE AND ITS CONTENTS (COLLECTIVELY THE "COVERED PARTIES"), BE LIABLE TO ANY PERSON OR ENTITY WHATSOEVER FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, COMPENSATORY, CONSEQUENTIAL, OR PUNITIVE DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO: (I) LOSS OF GOODWILL, PROFITS, BUSINESS INTERRUPTION, DATA OR OTHER INTANGIBLE LOSSES; (II) YOUR INABILITY TO USE, UNAUTHORIZED USE OF, PERFORMANCE OR NON-PERFORMANCE OF THE SITE; (III) UNAUTHORIZED ACCESS TO OR TAMPERING WITH YOUR PERSONAL INFORMATION OR TRANSMISSIONS; (IV) THE PROVISION OR FAILURE TO PROVIDE ANY SERVICE; (V) ERRORS OR INACCURACIES CONTAINED ON THE SITE OR ANY INFORMATION, SOFTWARE, PRODUCTS, SERVICES, AND RELATED GRAPHICS OBTAINED THROUGH THE SITE; (VI) ANY TRANSACTIONS ENTERED INTO THROUGH THIS SITE; (VII) ANY PROPERTY DAMAGE INCLUDING DAMAGE TO YOUR COMPUTER OR COMPUTER SYSTEM CAUSED BY VIRUSES OR OTHER HARMFUL COMPONENTS, DURING OR ON ACCOUNT OF ACCESS TO OR USE OF THIS SITE OR ANY SITE TO WHICH IT PROVIDES HYPERLINKS; OR (VIII) DAMAGES OTHERWISE ARISING OUT OF THE USE OF THE SITE, ANY DELAY OR INABILITY TO USE THE SITE, OR ANY INFORMATION, PRODUCTS, OR SERVICES OBTAINED THROUGH THE SITE. THE LIMITATIONS OF LIABILITY SHALL APPLY REGARDLESS OF THE FORM OF ACTION, WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF A COVERED PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. Further, to the extent permitted by law, the Covered Parties accept no responsibilities for any damage and/or delay due to Provider cancellations, shortages, sickness, pilferage, labor disputes, bankruptcy, machinery breakdown, quarantine, government restraints, weather, terrorism or causes beyond the Covered Parties' control. No responsibility is accepted for any additional expense, omissions, delays, re-routing or acts of any governmental authority. No Covered Party shall be responsible for any Provider's breach of any warranty including, but not limited to, implied warranties of fitness for a particular purpose or of merchantability, nor shall any Covered Party be responsible for any other wrongdoing of a Provider (including any liability in tort), as to any products and/or services available through this Site. No Covered Party shall be responsible for any Provider's failure to comply with this Agreement nor for any Provider's failure to comply with applicable federal, state, provincial and local law.

If, notwithstanding the above, a Covered Party is found liable for any loss or damage relating to the use of this Site, User agrees the liability of any such party shall in no event exceed the total charge to the User assessed by priceline.com for making a Request. Some states, to the extent their law might be deemed to apply notwithstanding the selection of Connecticut law as described below, do not allow the limitation of liability, so the foregoing limitations might not apply to you.

### Indemnification

You agree to defend and indemnify Priceline, their affiliates, and/or their respective suppliers and any of their officers, directors, employees and agents from and against any claims, causes of action, demands, recoveries, losses, damages, fines, penalties or other costs or expenses of any

kind or nature including but not limited to reasonable legal and accounting fees, brought (i) by you or on behalf in excess of the liability described above; or (ii) by third parties as a result of:

a.   your breach of this Agreement
b.   your violation of any law or the rights of a third party; or
c.   your use of this Site.

## Third Parties

If you use this Site to submit Requests for or on behalf of a third-party ("Third-party"), such as a family member or a traveling companion, you are responsible for any error in the accuracy of information provided in connection with such use. In addition, you must inform the Third-party of all Terms and Conditions applicable to all products or services acquired through this Site including all rules and restrictions applicable thereto. Each User using this Site for or on behalf of a Third-party agrees to indemnify and hold each Covered Party harmless from and against any and all liabilities, losses, damages, suits and claims (including the costs of defense), relating to the Third-party's or the User's failure to fulfill any of its obligations as described above. You are directly responsible for any Request submitted including for total charges and performance obligations.

## User Comments, Feedback, and Other Submissions

All comments, feedback, suggestions and ideas disclosed, submitted or offered to a Covered Party in connection with your use of this Site (collectively, "Comments"), shall be and remain the exclusive property of priceline.com and may be used by a Covered Party in any medium in accordance with our Privacy Policy. By providing your Comments to a Covered Party, you shall be indicating your consent to the Covered Party's use of your Comments. For example, your Comments could be used on this Site and in radio, television, and print advertisements. Your first name, first initial of your last name, and town and state may be used with any Comments you submit. The information and opinions expressed in Comments on this Site are not necessarily those of priceline.com or its content providers, advertisers, sponsors, affiliated or related entities, and priceline.com makes no representations or warranties regarding that information or those opinions. Priceline.com does not represent or guarantee the truthfulness, accuracy, or reliability of any Comments or determine whether the Comments violate the rights of others. You acknowledge that any reliance on material posted by other users will be at your own risk. No Covered Party is under any obligation to maintain your Comments (and the use of your first name and first initial of your last name with any comments) in confidence, to pay to you any compensation for any Comments submitted, or to respond to any of your Comments. You agree you will be solely responsible for the content of any Comments you make.

## Response to Requests

While priceline.com will use its good faith efforts to respond to Requests within the time periods indicated on this Site, no guarantee is made that the status of your Request will be made available to you within the stated processing time. None of the Covered Parties is responsible for any errors or delays in responding to a Request including, without limitation, error or delays in responding to a Request caused by an incorrect e-mail address or other data provided by you or other technical problems beyond their control.

## Links to Other Web Sites and Services

To the extent this Site contains links to outside services and resources, any concerns regarding such services or resources should be directed to the particular outside service or resource provider. Priceline.com does not monitor or control the linked sites and makes no representations

regarding, and is not liable or responsible for the accuracy, completeness, timeliness, reliability, or availability of any of the content upload, displayed, or distributed, or products or services available at these sites. If you choose to access any third-party site, you do so at your own risk. The presence of a link to a third-party site does not constitute or imply priceline.com's endorsement, sponsorship, or recommendation of the third-party, or of the content, products or services contained on, or available through, any such third-party site.

**Modification/Termination of Usage**

Priceline.com reserves the right, in its sole discretion, to modify, suspend, or terminate this Site and/or any portion thereof, including any service or product available through the Site, and/or your profile, password, or use of the Site, or any portion thereof, at any time for any reason with or without notice to you. In the event of termination, you will still be bound by your obligations under this Agreement and any Additional Terms, including the warranties made by you, and by the disclaimers and limitations of liability. Additionally, priceline.com shall not be liable to you or any third-party for any termination of your access to this Site.

**Pricing Errors**

We endeavor to publish and maintain accurate prices and information for the services we offer, including but not limited to our Name Your Own Price® services. Our suppliers provide us with the price and other information related to these services. In the event, however, that a service is listed or provided to us at an incorrect price or with incorrect information due to typographical error or other error in pricing or service information received from our suppliers, we retain the right to refuse or cancel any orders placed for such service. We shall have the right to refuse or cancel any such orders whether or not the order has been confirmed and/or your credit card charged. If your credit card has already been charged for the purchase and your order is canceled because of incorrect supplier information, we will promptly issue a credit to your credit card account in the amount of the charge.

**Electronic Notification**

To the extent that we need to contact you, you agree that we may do so via any electronic means, including but not limited to communications posted on this Site or electronic mail.

**International Use**

Accessing materials on this Site by certain persons in certain countries may not be lawful, and priceline.com makes no representation that materials on this Site are appropriate or available for use in locations outside of the United States, other than the countries listed here. If you are located in a country other than the counties listed here, you must not transact business with this Site.

**Hyperlinks**

Unless otherwise expressly permitted, websites may not hyperlink to any page beyond the homepage of this Site or frame this Site or any web page or material herein, nor may any entity hyperlink any aspect of this Site in an email for commercial purposes without the express written permission of priceline.com.

**Miscellaneous**

The captions in this Agreement are only for convenience, and do not, in any way, limit or otherwise define the terms and provisions of this Agreement.

This Agreement, and the related parts of this Agreement relating to each service represent the entire agreement between you and each Covered Party regarding your use of this Site and supersede any prior statements, representations, or prior versions of these Terms and Conditions relating to the use of the Site that were displayed on this Site before. We reserve the right to modify, revise or update this Agreement from time to time by updating this posting. Your continued use of this Site will be subject to the terms of this Agreement in effect at the time of your use. Certain provisions of this Agreement may be superseded by expressly designated legal notices or terms located elsewhere on this Site. In the event that any provision of this Agreement is determined to be unenforceable or invalid, such provision shall nonetheless be enforced to the fullest extent permitted by applicable law, and such determination shall not affect the validity and enforceability of any other remaining provisions. The internal laws of the State of Connecticut shall govern the performance of this Agreement. You consent and submit to the exclusive jurisdiction of the state and federal courts located in Fairfield County, Connecticut, in all questions and controversies arising out of your use of this Site and this Agreement. To the extent permitted by applicable law, any claim or cause of action arising from or relating to your use of this Site must be brought within two (2) years from the date on which such claim or action arose or accrued.

## PART II
## Travel Services

### A. General

### Travel Service Limitation of Liability

THE AIRLINES, HOTELS, RENTAL CAR COMPANIES AND OTHER SUPPLIERS PROVIDING TRAVEL OR OTHER SERVICES THROUGH THE SITE (COLLECTIVELY, "TRAVEL SUPPLIERS") ARE INDEPENDENT CONTRACTORS AND NOT AGENTS OR EMPLOYEES OF THE COVERED PARTIES. TO THE EXTENT PERMITTED BY LAW, THE COVERED PARTIES DO NOT ASSUME LIABILITY FOR ANY INJURY, DAMAGE, DEATH, LOSS, ACCIDENT OR DELAY DUE TO AN ACT OR OMISSION OF A TRAVEL SUPPLIER, INCLUDING, WITHOUT LIMITATION, AN ACT OF NEGLIGENCE OR THE DEFAULT OF A TRAVEL SUPPLIER, OR AN ACT OF GOD. FURTHER AND TO THE EXTENT PERMITTED BY LAW, NO RESPONSIBILITIES ARE ACCEPTED FOR ANY DAMAGE AND/OR DELAY DUE TO SICKNESS, PILFERAGE, LABOR DISPUTES, BANKRUPTCY, MACHINERY BREAKDOWN, QUARANTINE, GOVERNMENT RESTRAINTS, WEATHER, TERRORISM OR CAUSES BEYOND THE COVERED PARTIES' CONTROL. NO RESPONSIBILITY IS ACCEPTED FOR ANY ADDITIONAL EXPENSE, OMISSIONS, DELAYS, FAILURE TO MAKE CONNECTIONS,RE-ROUTING OR ACTS OF ANY GOVERNMENTAL AUTHORITY.

### Passports, Visas, and Hazards

We have no special knowledge regarding foreign entry requirements such as the need for passports and visas, unsafe conditions, health hazards, weather hazards, supplier bankruptcies, or the suitability for disabled persons of any portion of any tour. For foreign entry requirements, go to travel.state.gov/travel/foreignentryreqs.html. For State Department travel warnings and advisories, go to travel.state.gov/travel/warnings.html. For foreign health requirements and dangers, go to www.cdc.gov/travel/index.htm. Other information relating to particular international

destinations can be found at www.tsa.gov, www.faa.gov, www.treas.gov/ofac, or
www.customs.gov. You hereby release the Covered Parties from any claims resulting in whole or
in part from any problem covered in this paragraph and any other causes not within our control.

BY OFFERING OR FACILITATING TRAVEL TO PARTICULAR INTERNATIONAL
DESTINATIONS, WE DO NOT REPRESENT OR WARRANT THAT TRAVEL TO SUCH POINTS
IS ADVISABLE OR WITHOUT RISK, AND WE SHALL NOT BE LIABLE FOR DAMAGES OR
LOSSES THAT MAY RESULT FROM TRAVEL TO SUCH DESTINATIONS.

You agree to abide by the terms or conditions of purchase imposed by any Travel Supplier,
whether that Travel Supplier is selected by you or by priceline.com, including, but not limited to,
payment of all amounts when due and compliance with the Travel Supplier's rules and restrictions
regarding availability and use of fares, products, or services. You understand that any violation of
any such Travel Supplier's conditions of purchase may result in cancellation of your
reservation(s) or purchase(s), in your being denied access to any flights, hotels, or automobiles,
in your forfeiting any monies paid for such reservation(s) or purchase(s), and in priceline.com
debiting your account for any costs priceline.com incurs as a result of such violation. You shall be
completely responsible for all charges, fees, duties, taxes, and assessments arising out of the
use of this Site.

### B. Airline Service Restrictions

#### General

Airline tickets available through this Site are subject to the published conditions of carriage and
rules of the applicable airline. The contract of carriage in use by the applicable airline, when
issued, shall be between the applicable airline and the passenger. Airlines retain the right to
adjust flight times and schedules at any time - schedule changes can result in an itinerary that
falls outside of contractual agreements.

#### Non-Use of Flight Segments

You agree not to purchase a ticket or tickets containing flight segments that you will not be using,
such as a "point-beyond", "hidden-city", or "back-to-back tickets". You further agree not to
purchase a round-trip ticket that you plan to use only for one-way travel. You acknowledge that
the airlines generally prohibit all such tickets, and therefore we do not guarantee that the airline
will honor your ticket or tickets. You agree to indemnify the Covered Parties against airline claims
for the difference between the full fare of your actual itinerary and the value of the ticket or tickets
that you purchased.

#### Name Your Own Price® Airline Services

In addition, the following restrictions apply to priceline.com's Name Your Own Price® airline
service:

    i.     All tickets are non-refundable, non-endorsable and non-changeable. At the time your
Request is accepted, your method of payment will be charged for the amount shown,
regardless of whether or not the airline ticket is used. Credit will not be given for any
unused airline tickets and cannot be used toward any future purchases;

    ii.    Once a priceline.com Request is submitted, it cannot be modified by you;

    iii.   All travel will be round-trip with no unscheduled stopovers or open-jaw travel (i.e.
destination of outbound flight and origin of return flight are not the same) permitted. If you
do not use one of the flights in your reservation, the airline will cancel your remaining
itinerary;

    iv.    Frequent Flyer mileage and upgrades will not be permitted. Standbys and other uses of frequent flyer miles will not be permitted; and

    v.    All tickets will be issued for Economy class only.

If you submit a Name Your Own Price® Request for airline tickets, you agree that if tickets satisfying your Name Your Own Price® Request are located, the amount of the submitted Name Your Own Price® Request, and all taxes, charges, surcharges, shipping/handling and/or processing or other fees, which are described in more detail in the click through "Taxes and Fees" will be automatically charged to the method of payment you provided to priceline.com. The "Total Trip Cost" will be disclosed to you before you submit your Request. Our fee for fulfilling a Request is included in the amount of your Request. In addition, we charge a separate and additional processing fee, which is included in the "Taxes and Fees" amount disclosed to you.

## C. Hotel Service Restrictions

### General

Hotel room bookings made available through priceline.com's hotel service are subject to the disclosed terms and conditions of the applicable hotel.

The "Total Charges" that you will pay for using our hotel service will always be disclosed to you before you submit your Request.

**Charges for Taxes and Service Fees:** In connection with facilitating your hotel transaction, we will charge your method of payment for Taxes and for Service Fees. This charge includes an estimated amount to recover the amount we pay to the hotel in connection with your reservation for taxes owed by the hotel including, without limitation, sales and use tax, occupancy tax, room tax, excise tax, value added tax and/or other similar taxes. The amount paid to the hotel in connection with your reservation for taxes may vary from the amount we estimate and include in the charge to you. The balance of the charge for Taxes and Service Fees is a fee we retain as part of the compensation for our services and to cover the costs of your reservation, including, for example, customer service costs. The charge for Taxes and Service Fees varies based on a number of factors including, without limitation, the amount we pay the hotel and the location of the hotel where you will be staying.

We are not the vendor collecting and remitting taxes to the applicable taxing authorities. Our hotel suppliers, as vendors, bill all applicable taxes to us and we pay over such amounts directly to the vendors. We are not a co-vendor associated with the vendor with whom we book or reserve our customer's travel arrangements. Taxability and the appropriate tax rate and the type of applicable taxes vary greatly by location.

Depending on the city and property you stay in, you may also be charged resort fees or other incidental fees, such as parking charges. These charges, if applicable, will be payable by you to the hotel directly at checkout. When you check in, a credit card or, in the hotel's discretion, a debit card, will be required to secure these charges and any incidental fees (phone calls, room service, movie rentals, etc.) that you may incur during your stay.

**Late Arrival and Failure to Check-in on First Night:** If you are going to be delayed or find that you cannot check in to your hotel on the date you requested, you should contact the hotel to let them know. If you fail to check in to your hotel on the day of your reservation and do not alert the hotel, the remaining portion of your reservation will be canceled and you will not be entitled to a refund.

**Special Needs:** If you have special needs (e.g., wheelchair accessible room) you must call the hotel and verify that special needs can be met. Your hotel reservation will be refunded, canceled or modified if special handicapped needs cannot be met.

**Must be 21 Years of Age:** The guest on the reservation must be 21 years or older to check into the hotel.

**Frequent Traveler Points:** Frequent traveler points, upgrades, certificate vouchers and other discounts or incentives may not apply to priceline.com's hotel service.

**Name Your Own Price® Hotel Service**

**Additional Restrictions.** In addition to any restrictions described above, the following restrictions apply to priceline.com's Name Your Own Price® hotel service:

  i.   All hotel reservations are non-cancelable, non-refundable, non-changeable and non-transferable by you. Once you purchase a reservation, your method of payment will be charged for the amount shown - regardless of whether or not the reservation is used. Credit will not be given for any unused reservations and cannot be used toward any future purchases;

  ii.  Once a priceline.com Request is submitted, it cannot be modified by you; and

  iii. Upon check-in, guests must present a valid ID and credit card or, in the hotel's discretion, debit card, in their name that is consistent with the transactional details provided to priceline.com (the amount of available credit required will vary by hotel). Debit cards may not be accepted.

We or the applicable hotel may, on an exception basis and at the request of the hotel guest, waive one or more of the restrictions after the hotel room has been booked. We may, in our discretion, impose additional obligations and/or fees in connection with any such waiver. No User waiver requests will be accepted or considered prior to or as part of a Request.

You agree that if a priceline.com accepts your offer, priceline.com will confirm the reservation and charge the entire amount of the stay, including applicable Taxes and Service Fees (as described above) disclosed to you before submitting an offer, to your method of payment. The price you name is per night and does not include priceline.com's charge to you for Taxes and Service Fees.

**Hotel Accommodations and Special Requests:** All Name Your Own Price® hotel reservations are guaranteed for double occupancy (one double bed or two twin beds). Priceline.com requests that our hotel suppliers provide non-smoking rooms. However room assignments are based on hotel availability and are at the hotel's discretion. We cannot guarantee a non-smoking room, nor can we guarantee you will have one bed or two. If you have special requests (such as smoking room, pet accommodations, type of bedding, connecting rooms, view, floor location, etc.), you must call the hotel and verify that special requests can be met after your reservation is confirmed. Priceline.com makes no guarantee that special requests will be met. A hotel reservation cannot be refunded, canceled or modified on the basis that a special request was not (or could not be) met by the hotel.

**Hotel Star Ratings:** Priceline.com's star rating system is provided for your reference. Like other well-known hotel rating systems, priceline uses a number of factors in evaluating the quality of participating hotels such as: size of rooms, decor/furnishings, amenities, public areas, hospitality services, maintenance/housekeeping, reputation, etc. Priceline.com screens participating hotels carefully and updates our information periodically to ensure the validity of our ratings. Our ratings systems may sometimes differ from those of other rating systems that you may be familiar with.

We do not warrant or guarantee that our star rating system is equal to or consistent with any other star rating system.

When using our Name Your Own Price® service, Priceline.com will book your reservation in a property with at least an equal or higher star level than you requested. Please note that it is possible that the hotel you are booked in could be a Resort or Boutique hotel, which will at least meet the minimum qualifications of the star level you initially requested.

**Median Retail Price:** The "median retail price" which we may display to you is the median of the lowest rates our participating hotels are offering to the general public for the travel dates you selected based on information our hotel suppliers have loaded into our global distribution system. These rates are based on the quality level you chose, the city, and the area you selected. These rates are recorded at the time of booking and do not include rates that are restricted to membership programs (such as AAA, AARP, etc.), Government rates, negotiated corporate rates, etc. Although we routinely review this data, we make no guarantee or warranty, either express or implied, with respect to the accuracy or completeness of the data used or provided. Further, we make no guarantee or warranty that a room will be available below or within the disclosed price range. The ranges are provided to you solely for information purposes and are not actual rates. All hotel pricing information available on this Site is subject to change without notice.

### D. Rental Car Service Restrictions

### General

Vehicle rentals available through this Site are subject to standard rental contracts of the car rental companies, which will be completed by you at the time of pick-up of a vehicle.

The "Total Charges" that you will pay for using our Name Your Own Price® rental car service will always be disclosed to you before you submit your Request.

**Charges for Taxes and Service Fees:** In connection with facilitating your Name Your Own Price® rental car transaction, we will charge your method of payment, in addition to the price you name, a charge for Taxes and Fees (an amount that will always be disclosed to you before you elect to proceed). This charge includes an amount to recover the amount we pay to the rental car supplier in connection with your reservation for taxes, fees and surcharges owed by the rental car supplier including, without limitation, sales and use tax, excise tax, value added tax, airport or facility taxes, surcharges or fees and/or other similar taxes, surcharges or fees. The amount of this charge is intended by us to be sufficient to cover the maximum amount we may be required to pay to a rental car supplier, and may be greater or less than the amount we actually pay the rental car supplier in connection with your reservation for taxes, fees and surcharges. The balance of the charge for Taxes and Fees is a fee which we retain as part of the compensation for our services and to cover the costs of your reservation, including, for example, customer service costs and additional fees which may be charged from time to time by the rental car suppliers. The charge for Taxes and Fees varies based on a number of factors, including, without limitation, the amount you pay to priceline.com and the location at which you will pick-up your car from the rental car supplier.

We are not the vendor collecting and remitting taxes to the applicable taxing authorities. The rental car companies, as vendors, bill all applicable taxes to us and we pay over such amounts directly to the vendors. We are not a co-vendor associated with the vendor with whom we reserve our customer's travel arrangements. Taxability and the appropriate tax rate and the type of applicable taxes vary greatly by location.

In connection with facilitating your price-disclosed rental car transaction (i.e., those transactions where you do not "Name Your Own Price®"), we will provide you with a breakdown of the estimated taxes, fees and surcharges that may apply to your transaction. We will not charge you for these taxes, fees and surcharges, but the car rental supplier will charge you taxes, fees and surcharges at the time you rent your car.

## Name Your Own Price® Rental Car Service

Additional Restrictions. In addition, the following restrictions will apply to rental car Requests made using our Name Your Own Price® service:

a. If priceline.com finds a rental car company willing to accept your Request, priceline.com will immediately charge your method of payment the total cost of the rental transaction including applicable Taxes and Service Fees (see above);

b. Priceline.com rental car reservations are non-changeable, non-endorsable, non-transferable and non-refundable;

c. Valid Driver's License AND credit card or, in the rental car company's discretion, debit card, which is consistent with the transactional details provided to priceline.com, must be presented when a vehicle is picked-up at the designated location;

d. When picking up the vehicle, a credit card or, in the rental car company's discretion, debit card, will be required to pay for any additional ancillary charges (including insurance, child seats, gas, etc.). Debit cards may not be accepted;

e. Priceline.com does NOT provide rental car insurance. It is the customer's sole responsibility to determine the applicability and eligibility of any pre-existing insurance coverage. Priceline.com's car rental suppliers generally offer several insurance alternatives as incremental and completely distinct transactions with the customer agreed to at the time of pick-up;

f. All rentals will include Time and Mileage ("T&pclnamp;M"), as well as all Taxes, Fees, and Surcharges ("TFS") associated with the T&pclnamp;M for the rental based on the timing and pick-up/drop-off of the rental; and

g. Express service and loyalty programs (frequent flyer points, frequent rental points, etc.) are not applicable to priceline.com rentals.

We may, on an exception basis and at the request of the customer, waive the restrictions identified above after the rental has been reserved. We may, in our discretion, impose additional obligations and/or fees in connection with any such waiver. No User waiver requests will be accepted or considered prior to or as part of a priceline.com Request.

## E. Vacation Package Restrictions

Vacation packages available through this Site will be subject to the published conditions of carriage and, as applicable, rules of the applicable airline, hotel, car rental company or attractions and services provider. The following restrictions will apply:

i. Any package including an airline ticket purchase is subject to the restrictions listed in the Airline Service Restrictions section above;

ii. Any package including a hotel purchase is subject to the restrictions listed in the Hotel Service Restrictions section above;

iii. Any package including a car rental purchase is subject to the restrictions listed in the Car Rental Service Restrictions section above; and

iv. Any package including a tour or attraction purchase is subject to the restrictions listed in the Tours and Attractions section below and is subject to the restrictions set forth by the tour and attraction provider.

**F. Tours and Attractions Restrictions**

The following Tours and Attractions restrictions ("T &pclnamp; A Restrictions") shall apply to a voucher ("Voucher") issued by Priceline to you ("You") in connection with an attraction or service ("Attraction") operated by an independent operator ("Attraction Operator") of such Attraction. You must be at least 18 years of age and able to enter into binding contracts. You shall be deemed to have the authority to act on behalf of and to bind the person named on the Voucher to these T &pclnamp; A Restrictions. Acceptance or usage of a Voucher shall be deemed as the acceptance by You and the person named on the Voucher to these T &pclnamp; A Restrictions.

i.   A Voucher, when issued by Priceline and presented to the Attraction Operator, shall entitle the person named on the Voucher, subject to these T &pclnamp; A Restrictions, to use the Attraction described in the Voucher. The Attraction Operator will verify the identity of the person named on the Voucher prior to accepting the Voucher; and may require a signature from such named person. The person named on the Voucher will be required to present a government-issued photo ID to the Attraction Operator. Admission to the Attraction will be denied if the Voucher and a matching photo ID are not provided to the Attraction Operator.

ii.  A Voucher will be valid only on the dates indicated on the Voucher and shall expire on the later of those dates. A Voucher may not be redeemed outside of the dates indicated on the Voucher.

iii. Upon issuance of a Voucher by Priceline, Your credit card shall be charged for the full amount immediately. The total price charged will include all taxes and fees. Gratuities and incidental charges, such as parking, food and drink, unless otherwise specified, are not included.

iv.  A Voucher is valid for redemption only by the person named on a Voucher. A Voucher has no cash value and cannot be assigned, or transferred, in whole or in part.

v.   The issuance of a Voucher by Priceline is final. There are no refunds, credits, exchanges, or cancellations of a Voucher once it has been issued by Priceline. A Voucher is like cash - a destroyed, lost or stolen Voucher cannot be reprinted, reissued or refunded. A Voucher may be redeemed only once and only by the Attraction Operator. Before purchasing a Voucher, You should confirm that the information that a Voucher contains in is accurate.

vi.  An Attraction may not be appropriate for all ages or for individuals with certain medical conditions. Usage of an Attraction may be subject to codes, rules or regulations (collectively, "Attraction Rules") established by the Attraction Operator. Failure to comply with such Attraction Rules may result in denial of admission to or removal from the Attraction. Other restrictions, terms and conditions may apply. You should contact the Attraction Operator for details.

vii. Priceline is not responsible for any technical, printing, typographical or other errors associated with the description, depiction, availability, or pricing of an Attraction. Availability and price quotations for an Attraction are subject to change without notice until a Voucher has been issued. Prices listed on a Voucher are per person, unless otherwise specified.

viii. Attraction availability may change after a Voucher is issued. When Priceline is informed in advance of a significant change to the availability of an Attraction, Priceline will use reasonable efforts to notify You. In the event an Attraction is canceled, rescheduled or postponed by the Attraction Operator, You should immediately contact Priceline.

ix.  Priceline reserves the right to modify and otherwise change these T &pclnamp; A Restrictions at its own discretion. Except as provided for in the preceding sentence, no amendment, modification or waiver to these T &pclnamp; A Restrictions shall be binding on Priceline unless made in writing and signed by an authorized officer of Priceline.

x.   The Attraction Operator is an independent contractor of an attraction consolidator. The attraction consolidator is an independent contractor of Priceline. The Attraction Operator or the attraction consolidator, and their owners, operators, contractors, and employees

are not agents or legal representatives of Priceline for any purpose and have no authority to act for, bind or commit Priceline. The Attraction Operator, and its owners, operators, contractors and employees are solely responsible for the use and operation of the Attraction, and all actions or events occurring prior to, during, at or after, the Attraction.

xi.     **YOU ACKNOWLEDGE THAT THE USE OR ENJOYMENT OF THE ATTRACTION MAY BE HAZARDOUS AND INHERENTLY RISKY, AND, TO THE MAXIMUM EXTENT PERMITTED BY LAW, YOU AND THE PERSON NAMED ON THE VOUCHER WILL ASSUME ALL RISK OF INJURY OR DEATH ARISING OUT OF OR IN CONNECTION WITH THE USE AND OPERATION OF THE ATTRACTION, AND ALL ACTIONS OR EVENTS OCCURRING PRIOR TO, DURING, AT OR AFTER, THE ATTRACTION.**

xii.    **TO THE MAXIMUM EXTENT PERMITTED BY LAW, PRICELINE SHALL HAVE NO LIABILITY FOR ANY PERSONAL INJURY OR DEATH; LOST, STOLEN, DAMAGED OR DESTROYED PROPERTY; OR OTHER LIABILITY ARISING OUT OF OR IN CONNECTION WITH THE USE AND OPERATION OF THE ATTRACTION, AND ALL ACTIONS OR EVENTS OCCURRING PRIOR TO, DURING, AT OR AFTER, THE ATTRACTION.**

xiii.   These T &pclnamp; A Restrictions constitute the entire and only understanding between the parties, and replace any prior understandings or agreements (whether oral or written) relating to the subject matter hereof. The failure of Priceline to exercise any of its rights, shall not be construed as a waiver or relinquishment of the future performance of any of its rights, and Your obligations with respect to such future performance shall continue in full force and effect.

## G. Travel Service Disclosures

*For California Residents:*

Priceline.com is a seller of travel in the State of California (CST 2040530-50). Registration as a Seller of Travel does not constitute approval by the State of California.

Priceline.com is not a participant in the California Travel Consumer Restitution Fund.

California law requires certain sellers of travel to have a trust account or bond. Priceline.com has a bond issued by Merchants Bonding Company in the amount of $10,000.

*For Florida Residents:*

Priceline.com is registered with the State of Florida as a Seller of Travel. Registration No. ST-32150.

*For Washington Residents:*

Priceline.com is registered with the State of Washington as a Seller of Travel. Registration No. 601 875 582.

*For Nevada Residents:*

Priceline.com is registered with the State of Nevada as a Seller of Travel. Registration No. 2002-0570.

*For Alaska Residents:*

Priceline.com is registered with the State of Alaska as a Seller of Travel. Registration No. 280316.

*For Ohio Residents:*

Priceline.com is registered with the State of Ohio as a Seller of Travel. Registration No. 8889077.

*For Iowa Residents:*

Priceline.com is registered with the State of Iowa as a Seller of Travel. Registration No. 624.

*For Hawaii Residents:*

Priceline.com is registered with the State of Hawaii as a Seller of Travel. TAR 5946.