1

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289

2

jacqueline.jauregui@sdma.com
MARINA L. WHELAN  Bar No. 251087

3

marina.whelan@sdma.com
801 South Figueroa Street, 19th Floor

4

Los Angeles, California  90017-5556
Telephone: (213) 426-6900

5

Facsimile: (213) 426-6921

6

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MATTHEW A. FISCHER  Bar No. 191451

7

matthew.fischer@sdma.com
One Market Plaza

8

Steuart Tower, 8th Floor
San Francisco, CA  94105

9

Telephone: (415) 781-7900
Facsimile: (415) 781-2635

10

11

Attorneys for Defendant
PRICELINE.COM, INC.

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15

GLEN HAUER, an individual, on behalf of himself, the general public, and those

16

similarly situated,

CASE NO.  CV 08 2608 JSW

[The Honorable Jeffrey S. White]

17

                                    Plaintiff,

**DEFENDANT PRICELINE.COM, INC.'S REQUEST FOR JUDICIAL NOTICE IN**

18

        v.

**SUPPORT OF MOTION TO DISMISS AND STRIKE ALLEGATIONS IN THE FIRST**

19

PRICELINE.COM INCORPORATED, a foreign corporation; ALAMO RENT-A-

**AMENDED COMPLAINT**

20

CAR LLC, a foreign limited liability company; VANGUARD CAR RENTAL

Date:      September 19, 2008

21

USA, INC., a foreign corporation; and DOES 1 through 50

Time:      9:00 a.m.
Place:     17th Floor

22

23

                                    Defendants.

Amended Class Action Complaint filed:
June 9, 2008

24

25

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26

        PLEASE TAKE NOTICE THAT pursuant to *Federal Rules of Evidence*, Rule 201,

27

defendant Priceline.com, Inc. requests judicial notice to be taken of the document listed below in

28

connection with the hearing on Defendant Priceline.com, Inc.'s Motion to Dismiss and Strike

1    Allegations in the First Amended Complaint, scheduled for Friday, September 19, 2008, at 9:00

2    a.m. or as soon as this matter may be heard on the 17th floor at the above-referenced court

3    located at 450 Golden Gate Avenue, San Francisco, CA 94102-3483.

1. 4          The Court may properly take judicial notice of adjudicative facts, including information

5    posted on a website, either as the website currently exists or at a previous time. *See, e.g.,*

6    *Hendrickson v. Ebay, Inc.*, 165 F.Supp. 2d 1082, 1084 n.2 (C.D. Cal. 2001) (taking judicial

7    notice of information on a website); *Coremetrics, Inc. v. Atomic Park.com, LLC*, 370 F. Supp. 2d

8    1013, 1021 (N.D. Cal. 2005) (same); *Frances Kenny Family Trust v. World Sav. Bank FSB*, No.

9    C 04-03724, 2005 WL 106792, at *1 (N.D. Cal. Jan. 19, 2005) (same). *Twentieth Century Fox*

10   *Film Corp. v. Marvel Enterprises Inc.*, 220 F. Supp. 2d 289, 296 n.6 (S.D.N.Y. 2002) ("Court

11   takes judicial notice of the contents of websites... at the time the instant motion was filed as well

12   as on the date of this Order"). "As a general matter, websites and their contents may be proper

13   subjects for judicial notice" provided that the party provides the court with a copy of the relevant

14   web page. *Caldwell v. Caldwell*, No. C 05-4166, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13,

15   2006).

16          Pursuant to Federal Rule of Evidence 201 and the authority set forth above, Priceline

17   hereby requests that the Court take judicial notice of the following documents:

18          1.    The Terms & Conditions from the Priceline.com website found at the Terms and

19                Conditions link at the web address www.priceline.com. Pursuant to Federal Rule

20                of Evidence 201, the Court may properly take judicial notice of information posted

21                on a website. A true and correct copy of the "Terms and Conditions" found on the

22                Priceline Internet website, as it appeared on the World Wide Web as of November

23                19, 2007 is attached hereto as Exhibit A.

24

25   DATED: August 1, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

26
                                        By:    /s/ Jacqueline M. Jauregui
27                                             Jacqueline M. Jauregui
                                               Marina L. Whelan
28                                             Attorneys for Defendant
                                               PRICELINE.COM, INC

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND STRIKE ALLEGATIONS

## LIST OF EXHIBITS

Priceline's Terms and Conditions in effect on November 19, 2007          Exhibit A

**EXHIBIT A**

Priceline's Terms and Conditions in effect on November 19, 2007

**Agreement between User and Priceline.com**

Priceline.com is owned and operated by priceline.com Incorporated ("priceline.com", "Priceline", or "we"). This web site ("Site") is intended for personal, noncommercial use. This Agreement describes the terms and conditions applicable to the services available through this Site. This Agreement describes your responsibilities and, among other things, limits the liability of priceline.com. BEFORE SUBMITTING AN ACCOUNT REGISTRATION FORM AND/OR USING ANY OF THESE SERVICES, PLEASE READ ALL OF THIS AGREEMENT CAREFULLY. BY ACCESSING ANY AREAS OF THIS SITE, USERS ("USERS" OR "YOU") AGREE TO BE LEGALLY BOUND WITHOUT LIMITATION, QUALIFICATION, OR CHANGE AND TO ABIDE BY THESE TERMS AND CONDITIONS, WHICH WILL CONSTITUTE OUR AGREEMENT ("AGREEMENT"). If at any time you do not agree with any part of this Agreement, YOU MUST DISCONTINUE USE OF THIS SITE. Priceline.com reserves the right, in its sole discretion, to amend, modify, or alter this Agreement at any time by posting the amended terms on this Site. We recommend that you review these terms and conditions periodically. The amended terms shall be effective from and after the date that they are posted on the Site. This Agreement may not otherwise be amended except in writing signed by both parties. Priceline.com incorporates herein, by reference, its Privacy Policy.

WITHOUT LIMITATION OF ANY OTHER PROVISIONS OF THIS AGREEMENT, YOU MAY NOT USE THIS SITE FOR ANY PURPOSE THAT IS UNLAWFUL OR PROHIBITED BY THIS AGREEMENT AND/OR ANY APPLICABLE ADDITIONAL TERMS. YOUR ACCESS TO THIS SITE MAY BE TERMINATED IMMEDIATELY IN PRICELINE.COM'S SOLE DISCRETION, WITH OR WITHOUT NOTICE, IF YOU FAIL TO COMPLY WITH ANY PROVISION OF THIS AGREEMENT AND/OR ADDITIONAL TERMS, OR FOR ANY OTHER REASON, OR NO REASON.

## Table of Contents

PART I: General Terms and Conditions

Copyright Notice
Trademark Notice
Acceptable Use/License
Accounts, Security, Passwords
Privacy Policy
Diclaimer of Warranties
General Limitation of Liability
Indemnification
Third Parties
User Comments, Feedback and Other Submissions
Response to Requests
Links to Other Web Sites and Services
Modification/Termination of Usage
Pricing Errors
Electronic Notification
International Use
Hyperlinks
Miscellaneous

PART II: Travel Services

A. General
B. Airline Service Restrictions

C. Hotel Service Restrictions
D. Rental Car Service Restrictions
E. Vacation Package Restrictions
F. Tours and Attractions Restrictions
G. Travel Service Disclosures

**PART I**
**General Terms and Conditions**

**Copyright Notice**

You, the User, acknowledge that all content included on this Site, including the information, data, software, photographs, graphs, video, typefaces, graphics, music, sounds, images, illustrations, maps, designs, icons, written and other material (collectively, "Content") and the arrangement and compilation of the Content are intellectual property and copyrighted works of priceline.com and/or its third-party providers including, without limitation, the airline, hotels, rental car companies and other travel suppliers that provide travel or other services through this Site ("Providers"). Reproduction or storage of information or works retrieved from this Site, in all forms, media and technologies now existing or hereafter developed, is subject to the U.S. Copyright Act of 1976, Title 17 of the United States Code and all applicable international copyright treaties and conventions, including without limitation, the Berne Convention and the Universal Copyright Convention.

**Trademark Notice**

"PRICELINE.COM" and "PRICELINE" and "NAME YOUR OWN PRICE" are registered service marks of priceline.com. Other product and company names identified on this Site may be the name, trademark, trade name, service mark, logo, symbol or other proprietary designation of priceline.com or a third-party. The use on this Site of any name, trade name, trademark, service mark, logo, symbol or other proprietary designation or marking of or belonging to any third-party, and the availability of specific goods or services from such third-party through this Site, should not be construed as an endorsement or sponsorship of this Site by any such third-party, or the participation by such third-party in the offering of goods, services or information through this Site.

**Acceptable Use/License**

Priceline grants you a limited, personal, nontransferable, non-sublicensable, revocable license to access and use this Site only as expressly permitted in this Agreement. Except for this limited license, we do not grant you any other rights or license with respect to this Site; any rights or license not expressly granted herein are reserved. The content and information on this Site (including, without limitation, price and availability of travel services), as well as the infrastructure used to provide such content and information, is proprietary to priceline.com or its suppliers and providers. Accordingly, as a condition of using this Site, you agree not to use this Site or its contents or information for any commercial or non-personal purpose (direct or indirect) or for any purpose that is unlawful or prohibited by this Agreement. While you may make limited copies of your travel itinerary (and related documents) for travel or services purchased through this Site, you agree not to modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell or re-sell any information, software, products, or services obtained from this Site. In addition, whether or not you have a commercial purpose, you agree not to:

i.   access, monitor or copy any content or information of this Site using any robot, spider, scraper or other automated means or any manual process for any purpose without express written permission of priceline.com;

ii.   violate the restrictions in any robot exclusion headers on this Site or bypass or circumvent other measures employed to prevent or limit access to this Site;

iii.   take any action that imposes, or may impose, in the discretion of priceline.com, an unreasonable or disproportionately large load on the priceline.com infrastructure; or

iv.   deep-link to any portion of this Site (including, without limitation, the purchase path for any travel services) for any purpose without express written permission of priceline.com.

v.   deliver any unlawful (according to local, state, federal, or international law or regulation) postings to or through the this Site, or any postings which advocate illegal activity.

vi.   deliver, or provide links to, any postings containing material that could be considered harmful, obscene, pornographic, indecent, lewd, violent, abusive, profane, insulting, threatening, tortuous, harassing, hateful or otherwise objectionable.

vii.   deliver or provide links to, any postings containing material that harasses, victimizes, degrades, or intimidates an individual or group of individuals on the basis of religion, race, ethnicity, sexual orientation, gender, age, or disability.

viii.   deliver or provide links to, any postings containing defamatory, false or libelous material.

ix.   deliver any posting that infringes or violates any intellectual property or other right of any entity or person, including, without limitation, copyrights, patents, trademarks, laws governing trade secrets, rights to privacy, or publicity.

x.   deliver any posting to that you do not have a right to make available under law or contractual or fiduciary relationships.

xi.   impersonate another person or entity or falsely state or otherwise misrepresent your affiliation with a person or entity, or adopt a false identity if the purpose of doing so is to mislead, deceive, or defraud another.

xii.   manipulate identifiers, including by forging headers, in order to disguise the origin of any posting that you deliver.

xiii.   use this Site in any manner which could damage, disable, overburden, or impair or otherwise interfere with the use of this Site or other users' computer equipment, or cause damage, disruption or limit the functioning of any software, hardware, or telecommunications equipment.

xiv.   attempt to gain unauthorized access to this Site, any related website, other accounts, computer system, or networks connected to this Site, through hacking, password mining, or any other means.

xv.   obtain or attempt to obtain any materials or information through any means not intentionally made available through this Site, including harvesting or otherwise collecting information about others such as email addresses

You may only use this Site to make legitimate reservations, purchases or requests to purchase the products or services offered (each, a "Request") and shall not use this Site to make any speculative, false or fraudulent Requests or any Requests in anticipation of demand. You represent that you are of sufficient legal age to create binding legal obligations for any liability you may incur as a result of your use of this Site. You agree to provide correct and true information in connection with your use of this Site and you agree to promptly update your membership information (if applicable) in order to keep it current, complete and accurate. It is a violation of law to place a Request in a false name or with an invalid method of payment. Please be aware that even if you do not give us your real name, your web browser transmits a unique Internet address to us that can be used by law enforcement officials to identify you. Fraudulent users will be prosecuted to the fullest extent of the law.

Priceline reserves the right to cancel any airline, hotel or rental car reservation or any other transaction that it reasonably believes to have been fraudulently made, including without limitation, by unauthorized use of a credit or debit card.

**Accounts, Security, Passwords**

You may register to utilize this Site by completing the specified registration process and providing us with current, complete, and accurate information as requested by the online registration form. It is your responsibility to maintain the currency, completeness and accuracy of your registration data, and any loss caused by your failure to do so is your responsibility. As part of the registration process, you will be asked to choose a security question. It is entirely your responsibility to maintain the confidentiality of your security question and your account. Additionally you are entirely responsible for any and all activities that occur under your account. You agree to notify priceline.com immediately of any unauthorized use of your account. Priceline.com is not liable for any loss that you may incur as a result of someone else using your account, either with or without your knowledge.

**Privacy Policy**

You confirm that you have read our Privacy Policy, the terms of which are incorporated herein, and agree that the terms of such policy are reasonable and satisfactory to you. You consent to the use of your personal information by priceline.com and/or its third-party providers and distributors in accordance with the terms of and for the purposes set forth in the Privacy Policy. To the extent permitted by law, Priceline.com makes no representation or warranty with regard to the sufficiency of the security measures used for data handling and storage. Priceline.com will not be responsible for any actual or consequential damages that result from a lapse in compliance with the Privacy Policy because of a security breach or technical malfunction.

**Disclaimer of Warranties**

UNLESS A PROVIDER HAS AGREED OTHERWISE, ALL CONTENT, INCLUDING SOFTWARE, PRODUCTS, SERVICES, INFORMATION, TEXT AND RELATED GRAPHICS CONTAINED WITHIN OR AVAILABLE THROUGH THIS SITE ARE PROVIDED TO YOU ON AN "AS IS," "AS AVAILABLE" BASIS. PRICELINE.COM MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, AS TO THE OPERATION OF THIS WEBSITE OR THE INFORMATION, CONTENT OR MATERIALS INCLUDED ON THIS WEBSITE TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, PRICELINE.COM DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY OR SATISFACTORY WORKMANLIKE EFFORT, INFORMATIONAL CONTENT, TITLE, OR NON-INFRINGEMENT OF THE RIGHTS OF THIRD PARTIES. PRICELINE.COM DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS THAT THIS SITE WILL OPERATE ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS SITE AND/OR ITS SERVERS WILL BE FREE OF VIRUSES AND/OR OTHER HARMFUL COMPONENTS. PRICELINE.COM DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING SUITABILITY, AVAILABILITY, ACCURACY, RELIABILITY, COMPLETENESS, OR TIMELINESS OF ANY MATERIAL OF ANY KIND CONTAINED WITHIN THIS SITE FOR ANY PURPOSE, INCLUDING SOFTWARE, PRODUCTS, SERVICES, INFORMATION, TEXT AND RELATED GRAPHICS CONTENT.

PRICELINE.COM IS NOT RESPONSIBLE FOR ANY FAILURES CAUSED BY SERVER ERRORS, MISDIRECTED OR REDIRECTED TRANSMISSIONS, FAILED INTERNET CONNECTIONS, INTERRUPTIONS IN THE TRANSMISSION OR RECEIPT OF TICKET ORDERS OR, ANY COMPUTER VIRUS OR OTHER TECHNICAL DEFECT, WHETHER HUMAN OR TECHNICAL IN NATURE.

WITHOUT LIMITING THE FOREGOING, NO WARRANTY OR GUARANTEE IS MADE (I) REGARDING THE ACCEPTANCE OF ANY REQUEST, (II) THAT A USER WILL RECEIVE THE

LOWEST AVAILABLE PRICE FOR GOODS AND/OR SERVICES AVAILABLE THROUGH THIS SITE, (III) REGARDING THE AVAILABILITY OF PRODUCTS AND/OR SERVICES THROUGH THIS SITE OR, WHERE APPLICABLE, AT ANY PARTICIPATING RETAILER OR RETAILER LOCATION, OR (IV) REGARDING THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THIS SITE.

**General Limitation of Liability**

TO THE EXTENT PERMITTED BY LAW, IN NO EVENT SHALL PRICELINE.COM, INCLUDING ITS RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, REPRESENTATIVES, SUBSIDIARIES, AFFILIATES, DISTRIBUTORS, SUPPLIERS, LICENSORS, AGENTS OR OTHERS INVOLVED IN CREATING, SPONSORING, PROMOTING, OR OTHERWISE MAKING AVAILABLE THE SITE AND ITS CONTENTS (COLLECTIVELY THE "COVERED PARTIES"), BE LIABLE TO ANY PERSON OR ENTITY WHATSOEVER FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, COMPENSATORY, CONSEQUENTIAL, OR PUNITIVE DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO: (I) LOSS OF GOODWILL, PROFITS, BUSINESS INTERRUPTION, DATA OR OTHER INTANGIBLE LOSSES; (II) YOUR INABILITY TO USE, UNAUTHORIZED USE OF, PERFORMANCE OR NON-PERFORMANCE OF THE SITE; (III) UNAUTHORIZED ACCESS TO OR TAMPERING WITH YOUR PERSONAL INFORMATION OR TRANSMISSIONS; (IV) THE PROVISION OR FAILURE TO PROVIDE ANY SERVICE; (V) ERRORS OR INACCURACIES CONTAINED ON THE SITE OR ANY INFORMATION, SOFTWARE, PRODUCTS, SERVICES, AND RELATED GRAPHICS OBTAINED THROUGH THE SITE; (VI) ANY TRANSACTIONS ENTERED INTO THROUGH THIS SITE; (VII) ANY PROPERTY DAMAGE INCLUDING DAMAGE TO YOUR COMPUTER OR COMPUTER SYSTEM CAUSED BY VIRUSES OR OTHER HARMFUL COMPONENTS, DURING OR ON ACCOUNT OF ACCESS TO OR USE OF THIS SITE OR ANY SITE TO WHICH IT PROVIDES HYPERLINKS; OR (VIII) DAMAGES OTHERWISE ARISING OUT OF THE USE OF THE SITE, ANY DELAY OR INABILITY TO USE THE SITE, OR ANY INFORMATION, PRODUCTS, OR SERVICES OBTAINED THROUGH THE SITE. THE LIMITATIONS OF LIABILITY SHALL APPLY REGARDLESS OF THE FORM OF ACTION, WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF A COVERED PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. Further, to the extent permitted by law, the Covered Parties accept no responsibilities for any damage and/or delay due to Provider cancellations, shortages, sickness, pilferage, labor disputes, bankruptcy, machinery breakdown, quarantine, government restraints, weather, terrorism or causes beyond the Covered Parties' control. No responsibility is accepted for any additional expense, omissions, delays, re-routing or acts of any governmental authority. No Covered Party shall be responsible for any Provider's breach of any warranty including, but not limited to, implied warranties of fitness for a particular purpose or of merchantability, nor shall any Covered Party be responsible for any other wrongdoing of a Provider (including any liability in tort), as to any products and/or services available through this Site. No Covered Party shall be responsible for any Provider's failure to comply with this Agreement nor for any Provider's failure to comply with applicable federal, state, provincial and local law.

If, notwithstanding the above, a Covered Party is found liable for any loss or damage relating to the use of this Site, User agrees the liability of any such party shall in no event exceed the total charge to the User assessed by priceline.com for making a Request. Some states, to the extent their law might be deemed to apply notwithstanding the selection of Connecticut law as described below, do not allow the limitation of liability, so the foregoing limitations might not apply to you.

**Indemnification**

You agree to defend and indemnify Priceline, their affiliates, and/or their respective suppliers and any of their officers, directors, employees and agents from and against any claims, causes of action, demands, recoveries, losses, damages, fines, penalties or other costs or expenses of any

kind or nature including but not limited to reasonable legal and accounting fees, brought (i) by you or on behalf in excess of the liability described above; or (ii) by third parties as a result of:

    a.   your breach of this Agreement
    b.   your violation of any law or the rights of a third party; or
    c.   your use of this Site.

## Third Parties

If you use this Site to submit Requests for or on behalf of a third-party ("Third-party"), such as a family member or a traveling companion, you are responsible for any error in the accuracy of information provided in connection with such use. In addition, you must inform the Third-party of all Terms and Conditions applicable to all products or services acquired through this Site including all rules and restrictions applicable thereto. Each User using this Site for or on behalf of a Third-party agrees to indemnify and hold each Covered Party harmless from and against any and all liabilities, losses, damages, suits and claims (including the costs of defense), relating to the Third-party's or the User's failure to fulfill any of its obligations as described above. You are directly responsible for any Request submitted including for total charges and performance obligations.

## User Comments, Feedback, and Other Submissions

All comments, feedback, suggestions and ideas disclosed, submitted or offered to a Covered Party in connection with your use of this Site (collectively, "Comments"), shall be and remain the exclusive property of priceline.com and may be used by a Covered Party in any medium in accordance with our Privacy Policy. By providing your Comments to a Covered Party, you shall be indicating your consent to the Covered Party's use of your Comments. For example, your Comments could be used on this Site and in radio, television, and print advertisements. Your first name, first initial of your last name, and town and state may be used with any Comments you submit. The information and opinions expressed in Comments on this Site are not necessarily those of priceline.com or its content providers, advertisers, sponsors, affiliated or related entities, and priceline.com makes no representations or warranties regarding that information or those opinions. Priceline.com does not represent or guarantee the truthfulness, accuracy, or reliability of any Comments or determine whether the Comments violate the rights of others. You acknowledge that any reliance on material posted by other users will be at your own risk. No Covered Party is under any obligation to maintain your Comments (and the use of your first name and first initial of your last name with any comments) in confidence, to pay to you any compensation for any Comments submitted, or to respond to any of your Comments. You agree you will be solely responsible for the content of any Comments you make.

## Response to Requests

While priceline.com will use its good faith efforts to respond to Requests within the time periods indicated on this Site, no guarantee is made that the status of your Request will be made available to you within the stated processing time. None of the Covered Parties is responsible for any errors or delays in responding to a Request including, without limitation, error or delays in responding to a Request caused by an incorrect e-mail address or other data provided by you or other technical problems beyond their control.

## Links to Other Web Sites and Services

To the extent this Site contains links to outside services and resources, any concerns regarding such services or resources should be directed to the particular outside service or resource provider. Priceline.com does not monitor or control the linked sites and makes no representations

regarding, and is not liable or responsible for the accuracy, completeness, timeliness, reliability, or availability of any of the content upload, displayed, or distributed, or products or services available at these sites. If you choose to access any third-party site, you do so at your own risk. The presence of a link to a third-party site does not constitute or imply priceline.com's endorsement, sponsorship, or recommendation of the third-party, or of the content, products or services contained on, or available through, any such third-party site.

**Modification/Termination of Usage**

Priceline.com reserves the right, in its sole discretion, to modify, suspend, or terminate this Site and/or any portion thereof, including any service or product available through the Site, and/or your profile, password, or use of the Site, or any portion thereof, at any time for any reason with or without notice to you. In the event of termination, you will still be bound by your obligations under this Agreement and any Additional Terms, including the warranties made by you, and by the disclaimers and limitations of liability. Additionally, priceline.com shall not be liable to you or any third-party for any termination of your access to this Site.

**Pricing Errors**

We endeavor to publish and maintain accurate prices and information for the services we offer, including but not limited to our Name Your Own Price® services. Our suppliers provide us with the price and other information related to these services. In the event, however, that a service is listed or provided to us at an incorrect price or with incorrect information due to typographical error or other error in pricing or service information received from our suppliers, we retain the right to refuse or cancel any orders placed for such service. We shall have the right to refuse or cancel any such orders whether or not the order has been confirmed and/or your credit card charged. If your credit card has already been charged for the purchase and your order is canceled because of incorrect supplier information, we will promptly issue a credit to your credit card account in the amount of the charge.

**Electronic Notification**

To the extent that we need to contact you, you agree that we may do so via any electronic means, including but not limited to communications posted on this Site or electronic mail.

**International Use**

Accessing materials on this Site by certain persons in certain countries may not be lawful, and priceline.com makes no representation that materials on this Site are appropriate or available for use in locations outside of the United States, other than the countries listed here. If you are located in a country other than the counties listed here, you must not transact business with this Site.

**Hyperlinks**

Unless otherwise expressly permitted, websites may not hyperlink to any page beyond the homepage of this Site or frame this Site or any web page or material herein, nor may any entity hyperlink any aspect of this Site in an email for commercial purposes without the express written permission of priceline.com.

**Miscellaneous**

The captions in this Agreement are only for convenience, and do not, in any way, limit or otherwise define the terms and provisions of this Agreement.

This Agreement, and the related parts of this Agreement relating to each service represent the entire agreement between you and each Covered Party regarding your use of this Site and supersede any prior statements, representations, or prior versions of these Terms and Conditions relating to the use of the Site that were displayed on this Site before. We reserve the right to modify, revise or update this Agreement from time to time by updating this posting. Your continued use of this Site will be subject to the terms of this Agreement in effect at the time of your use. Certain provisions of this Agreement may be superseded by expressly designated legal notices or terms located elsewhere on this Site. In the event that any provision of this Agreement is determined to be unenforceable or invalid, such provision shall nonetheless be enforced to the fullest extent permitted by applicable law, and such determination shall not affect the validity and enforceability of any other remaining provisions. The internal laws of the State of Connecticut shall govern the performance of this Agreement. You consent and submit to the exclusive jurisdiction of the state and federal courts located in Fairfield County, Connecticut, in all questions and controversies arising out of your use of this Site and this Agreement. To the extent permitted by applicable law, any claim or cause of action arising from or relating to your use of this Site must be brought within two (2) years from the date on which such claim or action arose or accrued.

## PART II
## Travel Services

### A. General

### Travel Service Limitation of Liability

THE AIRLINES, HOTELS, RENTAL CAR COMPANIES AND OTHER SUPPLIERS PROVIDING TRAVEL OR OTHER SERVICES THROUGH THE SITE (COLLECTIVELY, "TRAVEL SUPPLIERS") ARE INDEPENDENT CONTRACTORS AND NOT AGENTS OR EMPLOYEES OF THE COVERED PARTIES. TO THE EXTENT PERMITTED BY LAW, THE COVERED PARTIES DO NOT ASSUME LIABILITY FOR ANY INJURY, DAMAGE, DEATH, LOSS, ACCIDENT OR DELAY DUE TO AN ACT OR OMISSION OF A TRAVEL SUPPLIER, INCLUDING, WITHOUT LIMITATION, AN ACT OF NEGLIGENCE OR THE DEFAULT OF A TRAVEL SUPPLIER, OR AN ACT OF GOD. FURTHER AND TO THE EXTENT PERMITTED BY LAW, NO RESPONSIBILITIES ARE ACCEPTED FOR ANY DAMAGE AND/OR DELAY DUE TO SICKNESS, PILFERAGE, LABOR DISPUTES, BANKRUPTCY, MACHINERY BREAKDOWN, QUARANTINE, GOVERNMENT RESTRAINTS, WEATHER, TERRORISM OR CAUSES BEYOND THE COVERED PARTIES' CONTROL. NO RESPONSIBILITY IS ACCEPTED FOR ANY ADDITIONAL EXPENSE, OMISSIONS, DELAYS, FAILURE TO MAKE CONNECTIONS,RE-ROUTING OR ACTS OF ANY GOVERNMENTAL AUTHORITY.

### Passports, Visas, and Hazards

We have no special knowledge regarding foreign entry requirements such as the need for passports and visas, unsafe conditions, health hazards, weather hazards, supplier bankruptcies, or the suitability for disabled persons of any portion of any tour. For foreign entry requirements, go to travel.state.gov/travel/foreignentryreqs.html. For State Department travel warnings and advisories, go to travel.state.gov/travel/warnings.html. For foreign health requirements and dangers, go to www.cdc.gov/travel/index.htm. Other information relating to particular international

destinations can be found at www.tsa.gov, www.faa.gov, www.treas.gov/ofac, or www.customs.gov. You hereby release the Covered Parties from any claims resulting in whole or in part from any problem covered in this paragraph and any other causes not within our control.

BY OFFERING OR FACILITATING TRAVEL TO PARTICULAR INTERNATIONAL DESTINATIONS, WE DO NOT REPRESENT OR WARRANT THAT TRAVEL TO SUCH POINTS IS ADVISABLE OR WITHOUT RISK, AND WE SHALL NOT BE LIABLE FOR DAMAGES OR LOSSES THAT MAY RESULT FROM TRAVEL TO SUCH DESTINATIONS.

You agree to abide by the terms or conditions of purchase imposed by any Travel Supplier, whether that Travel Supplier is selected by you or by priceline.com, including, but not limited to, payment of all amounts when due and compliance with the Travel Supplier's rules and restrictions regarding availability and use of fares, products, or services. You understand that any violation of any such Travel Supplier's conditions of purchase may result in cancellation of your reservation(s) or purchase(s), in your being denied access to any flights, hotels, or automobiles, in your forfeiting any monies paid for such reservation(s) or purchase(s), and in priceline.com debiting your account for any costs priceline.com incurs as a result of such violation. You shall be completely responsible for all charges, fees, duties, taxes, and assessments arising out of the use of this Site.

### B. Airline Service Restrictions

### General

Airline tickets available through this Site are subject to the published conditions of carriage and rules of the applicable airline. The contract of carriage in use by the applicable airline, when issued, shall be between the applicable airline and the passenger. Airlines retain the right to adjust flight times and schedules at any time - schedule changes can result in an itinerary that falls outside of contractual agreements.

### Non-Use of Flight Segments

You agree not to purchase a ticket or tickets containing flight segments that you will not be using, such as a "point-beyond", "hidden-city", or "back-to-back tickets". You further agree not to purchase a round-trip ticket that you plan to use only for one-way travel. You acknowledge that the airlines generally prohibit all such tickets, and therefore we do not guarantee that the airline will honor your ticket or tickets. You agree to indemnify the Covered Parties against airline claims for the difference between the full fare of your actual itinerary and the value of the ticket or tickets that you purchased.

### Name Your Own Price® Airline Services

In addition, the following restrictions apply to priceline.com's Name Your Own Price® airline service:

i.    All tickets are non-refundable, non-endorsable and non-changeable. At the time your Request is accepted, your method of payment will be charged for the amount shown, regardless of whether or not the airline ticket is used. Credit will not be given for any unused airline tickets and cannot be used toward any future purchases;

ii.   Once a priceline.com Request is submitted, it cannot be modified by you;

iii.  All travel will be round-trip with no unscheduled stopovers or open-jaw travel (i.e. destination of outbound flight and origin of return flight are not the same) permitted. If you do not use one of the flights in your reservation, the airline will cancel your remaining itinerary;

iv.    Frequent Flyer mileage and upgrades will not be permitted. Standbys and other uses of frequent flyer miles will not be permitted; and

v.    All tickets will be issued for Economy class only.

If you submit a Name Your Own Price® Request for airline tickets, you agree that if tickets satisfying your Name Your Own Price® Request are located, the amount of the submitted Name Your Own Price® Request, and all taxes, charges, surcharges, shipping/handling and/or processing or other fees, which are described in more detail in the click through "Taxes and Fees" will be automatically charged to the method of payment you provided to priceline.com. The "Total Trip Cost" will be disclosed to you before you submit your Request. Our fee for fulfilling a Request is included in the amount of your Request. In addition, we charge a separate and additional processing fee, which is included in the "Taxes and Fees" amount disclosed to you.

## C. Hotel Service Restrictions

### General

Hotel room bookings made available through priceline.com's hotel service are subject to the disclosed terms and conditions of the applicable hotel.

The "Total Charges" that you will pay for using our hotel service will always be disclosed to you before you submit your Request.

**Charges for Taxes and Service Fees:** In connection with facilitating your hotel transaction, we will charge your method of payment for Taxes and for Service Fees. This charge includes an estimated amount to recover the amount we pay to the hotel in connection with your reservation for taxes owed by the hotel including, without limitation, sales and use tax, occupancy tax, room tax, excise tax, value added tax and/or other similar taxes. The amount paid to the hotel in connection with your reservation for taxes may vary from the amount we estimate and include in the charge to you. The balance of the charge for Taxes and Service Fees is a fee we retain as part of the compensation for our services and to cover the costs of your reservation, including, for example, customer service costs. The charge for Taxes and Service Fees varies based on a number of factors including, without limitation, the amount we pay the hotel and the location of the hotel where you will be staying.

We are not the vendor collecting and remitting taxes to the applicable taxing authorities. Our hotel suppliers, as vendors, bill all applicable taxes to us and we pay over such amounts directly to the vendors. We are not a co-vendor associated with the vendor with whom we book or reserve our customer's travel arrangements. Taxability and the appropriate tax rate and the type of applicable taxes vary greatly by location.

Depending on the city and property you stay in, you may also be charged resort fees or other incidental fees, such as parking charges. These charges, if applicable, will be payable by you to the hotel directly at checkout. When you check in, a credit card or, in the hotel's discretion, a debit card, will be required to secure these charges and any incidental fees (phone calls, room service, movie rentals, etc.) that you may incur during your stay.

**Late Arrival and Failure to Check-in on First Night:** If you are going to be delayed or find that you cannot check in to your hotel on the date you requested, you should contact the hotel to let them know. If you fail to check in to your hotel on the day of your reservation and do not alert the hotel, the remaining portion of your reservation will be canceled and you will not be entitled to a refund.

**Special Needs:** If you have special needs (e.g., wheelchair accessible room) you must call the hotel and verify that special needs can be met. Your hotel reservation will be refunded, canceled or modified if special handicapped needs cannot be met.

**Must be 21 Years of Age:** The guest on the reservation must be 21 years or older to check into the hotel.

**Frequent Traveler Points:** Frequent traveler points, upgrades, certificate vouchers and other discounts or incentives may not apply to priceline.com's hotel service.

### Name Your Own Price® Hotel Service

**Additional Restrictions.** In addition to any restrictions described above, the following restrictions apply to priceline.com's Name Your Own Price® hotel service:

   i.    All hotel reservations are non-cancelable, non-refundable, non-changeable and non-transferable by you. Once you purchase a reservation, your method of payment will be charged for the amount shown - regardless of whether or not the reservation is used. Credit will not be given for any unused reservations and cannot be used toward any future purchases;

   ii.   Once a priceline.com Request is submitted, it cannot be modified by you; and

   iii.  Upon check-in, guests must present a valid ID and credit card or, in the hotel's discretion, debit card, in their name that is consistent with the transactional details provided to priceline.com (the amount of available credit required will vary by hotel). Debit cards may not be accepted.

We or the applicable hotel may, on an exception basis and at the request of the hotel guest, waive one or more of the restrictions after the hotel room has been booked. We may, in our discretion, impose additional obligations and/or fees in connection with any such waiver. No User waiver requests will be accepted or considered prior to or as part of a Request.

You agree that if a priceline.com accepts your offer, priceline.com will confirm the reservation and charge the entire amount of the stay, including applicable Taxes and Service Fees (as described above) disclosed to you before submitting an offer, to your method of payment. The price you name is per night and does not include priceline.com's charge to you for Taxes and Service Fees.

**Hotel Accommodations and Special Requests:** All Name Your Own Price® hotel reservations are guaranteed for double occupancy (one double bed or two twin beds). Priceline.com requests that our hotel suppliers provide non-smoking rooms. However room assignments are based on hotel availability and are at the hotel's discretion. We cannot guarantee a non-smoking room, nor can we guarantee you will have one bed or two. If you have special requests (such as smoking room, pet accommodations, type of bedding, connecting rooms, view, floor location, etc.), you must call the hotel and verify that special requests can be met after your reservation is confirmed. Priceline.com makes no guarantee that special requests will be met. A hotel reservation cannot be refunded, canceled or modified on the basis that a special request was not (or could not be) met by the hotel.

**Hotel Star Ratings:** Priceline.com's star rating system is provided for your reference. Like other well-known hotel rating systems, priceline uses a number of factors in evaluating the quality of participating hotels such as: size of rooms, decor/furnishings, amenities, public areas, hospitality services, maintenance/housekeeping, reputation, etc. Priceline.com screens participating hotels carefully and updates our information periodically to ensure the validity of our ratings. Our ratings systems may sometimes differ from those of other rating systems that you may be familiar with.

We do not warrant or guarantee that our star rating system is equal to or consistent with any other star rating system.

When using our Name Your Own Price® service, Priceline.com will book your reservation in a property with at least an equal or higher star level than you requested. Please note that it is possible that the hotel you are booked in could be a Resort or Boutique hotel, which will at least meet the minimum qualifications of the star level you initially requested.

**Median Retail Price:** The "median retail price" which we may display to you is the median of the lowest rates our participating hotels are offering to the general public for the travel dates you selected based on information our hotel suppliers have loaded into our global distribution system. These rates are based on the quality level you chose, the city, and the area you selected. These rates are recorded at the time of booking and do not include rates that are restricted to membership programs (such as AAA, AARP, etc.), Government rates, negotiated corporate rates, etc. Although we routinely review this data, we make no guarantee or warranty, either express or implied, with respect to the accuracy or completeness of the data used or provided. Further, we make no guarantee or warranty that a room will be available below or within the disclosed price range. The ranges are provided to you solely for information purposes and are not actual rates. All hotel pricing information available on this Site is subject to change without notice.

### D. Rental Car Service Restrictions

**General**

Vehicle rentals available through this Site are subject to standard rental contracts of the car rental companies, which will be completed by you at the time of pick-up of a vehicle.

The "Total Charges" that you will pay for using our Name Your Own Price® rental car service will always be disclosed to you before you submit your Request.

**Charges for Taxes and Service Fees:** In connection with facilitating your Name Your Own Price® rental car transaction, we will charge your method of payment, in addition to the price you name, a charge for Taxes and Fees (an amount that will always be disclosed to you before you elect to proceed). This charge includes an amount to recover the amount we pay to the rental car supplier in connection with your reservation for taxes, fees and surcharges owed by the rental car supplier including, without limitation, sales and use tax, excise tax, value added tax, airport or facility taxes, surcharges or fees and/or other similar taxes, surcharges or fees. The amount of this charge is intended by us to be sufficient to cover the maximum amount we may be required to pay to a rental car supplier, and may be greater or less than the amount we actually pay the rental car supplier in connection with your reservation for taxes, fees and surcharges. The balance of the charge for Taxes and Fees is a fee which we retain as part of the compensation for our services and to cover the costs of your reservation, including, for example, customer service costs and additional fees which may be charged from time to time by the rental car suppliers. The charge for Taxes and Fees varies based on a number of factors, including, without limitation, the amount you pay to priceline.com and the location at which you will pick-up your car from the rental car supplier.

We are not the vendor collecting and remitting taxes to the applicable taxing authorities. The rental car companies, as vendors, bill all applicable taxes to us and we pay over such amounts directly to the vendors. We are not a co-vendor associated with the vendor with whom we reserve our customer's travel arrangements. Taxability and the appropriate tax rate and the type of applicable taxes vary greatly by location.

In connection with facilitating your price-disclosed rental car transaction (i.e., those transactions where you do not "Name Your Own Price®"), we will provide you with a breakdown of the estimated taxes, fees and surcharges that may apply to your transaction. We will not charge you for these taxes, fees and surcharges, but the car rental supplier will charge you taxes, fees and surcharges at the time you rent your car.

### Name Your Own Price® Rental Car Service

Additional Restrictions. In addition, the following restrictions will apply to rental car Requests made using our Name Your Own Price® service:

a. If priceline.com finds a rental car company willing to accept your Request, priceline.com will immediately charge your method of payment the total cost of the rental transaction including applicable Taxes and Service Fees (see above);

b. Priceline.com rental car reservations are non-changeable, non-endorsable, non-transferable and non-refundable;

c. Valid Driver's License AND credit card or, in the rental car company's discretion, debit card, which is consistent with the transactional details provided to priceline.com, must be presented when a vehicle is picked-up at the designated location;

d. When picking up the vehicle, a credit card or, in the rental car company's discretion, debit card, will be required to pay for any additional ancillary charges (including insurance, child seats, gas, etc.). Debit cards may not be accepted;

e. Priceline.com does NOT provide rental car insurance. It is the customer's sole responsibility to determine the applicability and eligibility of any pre-existing insurance coverage. Priceline.com's car rental suppliers generally offer several insurance alternatives as incremental and completely distinct transactions with the customer agreed to at the time of pick-up;

f. All rentals will include Time and Mileage ("T&pclnamp;M"), as well as all Taxes, Fees, and Surcharges ("TFS") associated with the T&pclnamp;M for the rental based on the timing and pick-up/drop-off of the rental; and

g. Express service and loyalty programs (frequent flyer points, frequent rental points, etc.) are not applicable to priceline.com rentals.

We may, on an exception basis and at the request of the customer, waive the restrictions identified above after the rental has been reserved. We may, in our discretion, impose additional obligations and/or fees in connection with any such waiver. No User waiver requests will be accepted or considered prior to or as part of a priceline.com Request.

### E. Vacation Package Restrictions

Vacation packages available through this Site will be subject to the published conditions of carriage and, as applicable, rules of the applicable airline, hotel, car rental company or attractions and services provider. The following restrictions will apply:

i. Any package including an airline ticket purchase is subject to the restrictions listed in the Airline Service Restrictions section above;

ii. Any package including a hotel purchase is subject to the restrictions listed in the Hotel Service Restrictions section above;

iii. Any package including a car rental purchase is subject to the restrictions listed in the Car Rental Service Restrictions section above; and

iv. Any package including a tour or attraction purchase is subject to the restrictions listed in the Tours and Attractions section below and is subject to the restrictions set forth by the tour and attraction provider.

**F. Tours and Attractions Restrictions**

The following Tours and Attractions restrictions ("T &pclnamp; A Restrictions") shall apply to a voucher ("Voucher") issued by Priceline to you ("You") in connection with an attraction or service ("Attraction") operated by an independent operator ("Attraction Operator") of such Attraction. You must be at least 18 years of age and able to enter into binding contracts. You shall be deemed to have the authority to act on behalf of and to bind the person named on the Voucher to these T &pclnamp; A Restrictions. Acceptance or usage of a Voucher shall be deemed as the acceptance by You and the person named on the Voucher to these T &pclnamp; A Restrictions.

    i.    A Voucher, when issued by Priceline and presented to the Attraction Operator, shall entitle the person named on the Voucher, subject to these T &pclnamp; A Restrictions, to use the Attraction described in the Voucher. The Attraction Operator will verify the identity of the person named on the Voucher prior to accepting the Voucher; and may require a signature from such named person. The person named on the Voucher will be required to present a government-issued photo ID to the Attraction Operator. Admission to the Attraction will be denied if the Voucher and a matching photo ID are not provided to the Attraction Operator.

    ii.    A Voucher will be valid only on the dates indicated on the Voucher and shall expire on the later of those dates. A Voucher may not be redeemed outside of the dates indicated on the Voucher.

    iii.    Upon issuance of a Voucher by Priceline, Your credit card shall be charged for the full amount immediately. The total price charged will include all taxes and fees. Gratuities and incidental charges, such as parking, food and drink, unless otherwise specified, are not included.

    iv.    A Voucher is valid for redemption only by the person named on a Voucher. A Voucher has no cash value and cannot be assigned, or transferred, in whole or in part.

    v.    The issuance of a Voucher by Priceline is final. There are no refunds, credits, exchanges, or cancellations of a Voucher once it has been issued by Priceline. A Voucher is like cash - a destroyed, lost or stolen Voucher cannot be reprinted, reissued or refunded. A Voucher may be redeemed only once and only by the Attraction Operator. Before purchasing a Voucher, You should confirm that the information that a Voucher contains in is accurate.

    vi.    An Attraction may not be appropriate for all ages or for individuals with certain medical conditions. Usage of an Attraction may be subject to codes, rules or regulations (collectively, "Attraction Rules") established by the Attraction Operator. Failure to comply with such Attraction Rules may result in denial of admission to or removal from the Attraction. Other restrictions, terms and conditions may apply. You should contact the Attraction Operator for details.

    vii.    Priceline is not responsible for any technical, printing, typographical or other errors associated with the description, depiction, availability, or pricing of an Attraction. Availability and price quotations for an Attraction are subject to change without notice until a Voucher has been issued. Prices listed on a Voucher are per person, unless otherwise specified.

    viii.    Attraction availability may change after a Voucher is issued. When Priceline is informed in advance of a significant change to the availability of an Attraction, Priceline will use reasonable efforts to notify You. In the event an Attraction is canceled, rescheduled or postponed by the Attraction Operator, You should immediately contact Priceline.

    ix.    Priceline reserves the right to modify and otherwise change these T &pclnamp; A Restrictions at its own discretion. Except as provided for in the preceding sentence, no amendment, modification or waiver to these T &pclnamp; A Restrictions shall be binding on Priceline unless made in writing and signed by an authorized officer of Priceline.

    x.    The Attraction Operator is an independent contractor of an attraction consolidator. The attraction consolidator is an independent contractor of Priceline. The Attraction Operator or the attraction consolidator, and their owners, operators, contractors, and employees

are not agents or legal representatives of Priceline for any purpose and have no authority to act for, bind or commit Priceline. The Attraction Operator, and its owners, operators, contractors and employees are solely responsible for the use and operation of the Attraction, and all actions or events occurring prior to, during, at or after, the Attraction.

xi.     **YOU ACKNOWLEDGE THAT THE USE OR ENJOYMENT OF THE ATTRACTION MAY BE HAZARDOUS AND INHERENTLY RISKY, AND, TO THE MAXIMUM EXTENT PERMITTED BY LAW, YOU AND THE PERSON NAMED ON THE VOUCHER WILL ASSUME ALL RISK OF INJURY OR DEATH ARISING OUT OF OR IN CONNECTION WITH THE USE AND OPERATION OF THE ATTRACTION, AND ALL ACTIONS OR EVENTS OCCURRING PRIOR TO, DURING, AT OR AFTER, THE ATTRACTION.**

xii.    **TO THE MAXIMUM EXTENT PERMITTED BY LAW, PRICELINE SHALL HAVE NO LIABILITY FOR ANY PERSONAL INJURY OR DEATH; LOST, STOLEN, DAMAGED OR DESTROYED PROPERTY; OR OTHER LIABILITY ARISING OUT OF OR IN CONNECTION WITH THE USE AND OPERATION OF THE ATTRACTION, AND ALL ACTIONS OR EVENTS OCCURRING PRIOR TO, DURING, AT OR AFTER, THE ATTRACTION.**

xiii.   These T &pclnamp; A Restrictions constitute the entire and only understanding between the parties, and replace any prior understandings or agreements (whether oral or written) relating to the subject matter hereof. The failure of Priceline to exercise any of its rights, shall not be construed as a waiver or relinquishment of the future performance of any of its rights, and Your obligations with respect to such future performance shall continue in full force and effect.

## G. Travel Service Disclosures

*For California Residents:*

Priceline.com is a seller of travel in the State of California (CST 2040530-50). Registration as a Seller of Travel does not constitute approval by the State of California.

Priceline.com is not a participant in the California Travel Consumer Restitution Fund.

California law requires certain sellers of travel to have a trust account or bond. Priceline.com has a bond issued by Merchants Bonding Company in the amount of $10,000.

*For Florida Residents:*

Priceline.com is registered with the State of Florida as a Seller of Travel. Registration No. ST-32150.

*For Washington Residents:*

Priceline.com is registered with the State of Washington as a Seller of Travel. Registration No. 601 875 582.

*For Nevada Residents:*

Priceline.com is registered with the State of Nevada as a Seller of Travel. Registration No. 2002-0570.

*For Alaska Residents:*

Priceline.com is registered with the State of Alaska as a Seller of Travel. Registration No. 280316.

*For Ohio Residents:*

Priceline.com is registered with the State of Ohio as a Seller of Travel. Registration No. 8889077.

*For Iowa Residents:*

Priceline.com is registered with the State of Iowa as a Seller of Travel. Registration No. 624.

*For Hawaii Residents:*

Priceline.com is registered with the State of Hawaii as a Seller of Travel. TAR 5946.