UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 7, 2008

**Alameda Superior Court**
**1225 Fallon Street**
**Oakland, CA 94612**

ENDORSED
FILED
ALAMEDA COUNTY

AUG 1 3 2008

CLERK OF THE SUPERIOR COURT
By _____ F. Wilson
                    Deputy

RE: CV 08-02608 JSW    GLEN HAUER-v-PRICELINE.COM
    Your Case Number: (RG 083083503)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg