

**Molly C. Dwyer**
**Clerk of Court**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**FILED**

AUG 2 5 2008



(415) 355-8000

August 15, 2008

$C08 - 2608$ JSW

Docket No.:    08-80119
Short Title:    Glen Hauer v. Priceline.Com Incorporated

---

Dear Counsel

This is to acknowledge receipt of Petition for Permission to Appeal under 1453(c).

All subsequent letters and request for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The file number and the title of your case should be shown in the upper right corner of your letter to the clerk's office. All correspondence should be directed to the above address pursuant to Circuit Rule 25-1.

Very truly yours,

Molly C. Dwyer
Clerk of Court

By: Holly Crosby
Deputy Clerk