

FILED

NOV 06 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GLEN HAUER, an individual, on behalf of himself, the general public and those similarly situated,<br><br>        Plaintiff - Respondent,<br><br> v.<br><br>PRICELINE.COM INCORPORATED, a foreign company,<br><br>        Defendant - Petitioner. | No. 08-80119<br><br>D.C. No. 3:08-cv-02608-JSW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: TROTT and GOULD, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

**DENIED.**

LL/MOATT